Case 1:26-cv-03467-KPF   Document 1-5   Filed 04/27/26   Page 1 of 2

SUPREME COURT OF THE STATE OF NEW
YORK COUNTY OF NEW YORK

650772/2026

Holland & Knight LLP - New York, NY

(BKS/CFH) Date Filed:

787 Seventh Avenue, 31st Floor , New York, NY 10019

Court Date:

METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC

Plaintiff

vs.

OLIPHANT USA, LLC; GROWTH PLATFORMS, LLC; FERRUM CAPITAL, LLC

Defendant

**AFFIDAVIT OF SERVICE**

Daryl Oestreich duly sworn, deposes and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of Wisconsin. That on March 30, 2026, at 5:38 pm at 383 E Montello St., Montello, WI 53949, Deponent served the within Summons, Complaint, Notice of Electronic Filing, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Growth Platforms, LLC (hereinafter referred to as "subject") by leaving the above documents with Jace McDonald who as Registered Agent is authorized by appointment or by law to receive service of process for Growth Platforms, LLC.

My perception of the description of the individual served is as follows:
White Male, est. age 55-64, glasses: N, Gray hair, 320 lbs to 340 lbs, Over 7'.
Geolocation of Serve: https://google.com/maps?q=43.7911916667,-89.315775
Photograph: See Exhibit 1

Total Cost: $338.00

Server Signature
Server Name: Daryl Oestreich

Subscribed and sworn to before me this ___ day of
April 2026 by
April Sutherland
Notary Name. Witness my hand and official seal.

Notary Public

My commission expires:
7/21/26



PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Notary Stamp

Case 1:26-cv-03467-KPF    Document 1-5    Filed 04/27/26    Page 2 of 2

