UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – X

METROPOLITAN PARTNERS GROUP
ADMINISTRATION, LLC,

Plaintiff,                                                          Case No. 1:26-cv-03467

v.

OLIPHANT USA, LLC, GROWTH                        Removed from the Supreme Court
PLATFORMS, LLC, and FERRUM                       of the State of New York for the
CAPITAL, LLC,                                                  County of New York,
                                                                         Case No. 650772/2026

Defendants.

– – – – – – – – – – – – – – – – – – – – X

## NOTICE OF  MOTION TO TRANSFER VENUE

PLEASE TAKE NOTICE that Defendant Ferrum Capital, LLC, acting through its court-appointed Receiver, John Patrick Lowe ("Ferrum"), by and through undersigned counsel, respectfully moves this Court for an Order under 28 U.S.C. §§ 1412 and 1404 transferring this action to the United States District Court for the Western District of Texas where a related bankruptcy case and another closely related proceeding are pending, and granting such other and further relief as the Court deems just and proper.

Ferrum seeks this relief for the reasons set forth in the accompanying Memorandum of Law, Declaration of John W. Moscow, and exhibits thereto. Ferrum files this Motion to Transfer Venue subject to and without waiving its Motion to Dismiss Based on the Barton Doctrine (ECF No. 4).

Dated: May 4, 2026

Respectfully submitted,

**LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC**


By:    */s/ John W. Moscow*
JOHN W. MOSCOW
10 Grand Central
155 East 44th Street, 25th Floor
New York, New York 10017
Tel: (212) 822-0164
Fax: (212) 826-7146
E-mail: john.moscow@lbkmlaw.com

*Attorney for Defendant Ferrum Capital, LLC*

*Of Counsel:*

ROYAL B. LEA, III
Texas Bar No. 12069680
royal@royallealaw.com
ROYAL LEA LAW OFFICE PLLC
1901 NW Military Hwy, Ste. 218
San Antonio, Texas 78213
(210) 202-2395

## Certificate of Service

I hereby certify that on May 4, 2026, I have caused a true and correct copy of the above and foregoing to be served on the following by the method indicated below

*Via E-Mail and U.S. First Class Mail*
Sean C. Sheely
Holland & Knight LLP
787 Seventh Ave., 31st Floor
New York, NY 10019;
sean.sheely@hklaw.com
*Counsel for Plaintiff,*
*Metropolitan Partners Group Administration,*
*LLC*

*Via U.S. First Class Mail*
Oliphant United, Inc.
c/o URS Agents, LLC
3458 Lakeshore Drive
Tallahassee, FL 32312
*Defendant*

*Via U.S. First Class Mail*
Growth Platforms
c/o LegalCorp Solutions LLC
N92W17420 Appleton Ave., Suite 103E
Menomonee Falls, WI, 53051
*Defendant*

                                    */s/ John W. Moscow*
                                    JOHN W. MOSCOW