UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––X

METROPOLITAN PARTNERS GROUP
ADMINISTRATION, LLC,

Plaintiff,

v.

OLIPHANT USA, LLC, GROWTH
PLATFORMS, LLC, and FERRUM
CAPITAL, LLC,

Defendants.

––––––––––––––––––––––X

Case No. 1:26-cv-03467

Removed from the Supreme Court
of the State of New York for the
County of New York,
Case No. 650772/2026

**DECLARATION OF JOHN W. MOSCOW IN SUPPORT OF DEFENDANT FERRUM
CAPITAL, LLC'S MOTION TO TRANSFER**

I, John W. Moscow, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am a partner in the law firm of Lewis Baach Kaufmann Middlemiss PLLC and am counsel to Defendant Ferrum Capital, LLC ("Ferrum") in this action.

2.  Attached hereto as Exhibit 1 is a sworn Declaration by John Patrick Lowe, the court-appointed Receiver for Ferrum (the "Receiver"), dated April 28, 2026.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the Receiver's Second Amended Complaint, filed on March 26, 2026 in the Chapter 7 bankruptcy proceeding of Debtor Collins Asset Group, LLC ("CAG") in the U.S. Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Texas Bankruptcy Proceeding").

4. Attached hereto as Exhibit 3 is a true and correct copy of the order appointing the Receiver, dated January 5, 2024.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Receiver's Motion to Enforce Receivership Order and Show Cause, filed in the Texas state court on May 28, 2025.

6. Attached hereto as Exhibit 5 is a true and correct copy of a filing in the Texas Bankruptcy Proceeding, filed September 16, 2025, that includes CAG's amended schedules of assets and liabilities and amended statements of financial affairs.

7. Attached hereto as Exhibit 6 is a true and correct copy of excepts from a transcript of a Section 341 meeting of creditors in the Texas Bankruptcy Proceeding.

8. Attached hereto as Exhibit 7 is a true and correct copy of a Rule 30(B)(6) deposition of Daniel Laux, in his capacity as a designated representative for Defendant Olyphant USA LLC and related entities, taken July 14, 2025.

9. Attached hereto as Exhibit 8 is a true and correct copy of a Rule 30(B)(6) deposition of Daniel Laux, in his capacity as a designated representative for CAG and a related entity, taken July 14, 2025.

10. Attached hereto as Exhibit 9 is a true and correct copy of a Declaration of Ron Satijia, Chapter 7 Trustee for CAG, dated April 30, 2026.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Trustee's *Ex Parte* Consent Motion to Substitute as Proper Party Plaintiff ("Trustee's Motion to Substitute"), filed in the Texas Bankruptcy Proceeding on March 27, 2026.

12. Attached hereto as Exhibit 11 is a true and correct copy of an order granting Trustee's Motion to Substitute, dated March 30, 2026.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Return of Service for Metropolitan Partners Group Administration LLC ("Metropolitan"), showing that the Receiver's Second Amended Complaint and summons were served on Metropolitan on March 27, 2026.

14. Attached hereto as Exhibit 13 is a true and correct copy of a claim letter from counsel for Metropolitan, dated March 11, 2026.

15. Attached hereto as Exhibit 14 is a true and correct copy of an Order granting a motion to transfer venue of the CAG bankruptcy matter from Delaware to the Texas court, dated July 25, 2025.

16. Attached hereto as Exhibit 15 is a true and correct copy of the docket of the Texas Bankruptcy Proceeding as of April 28, 2026.

17. Attached hereto as Exhibit 16 is a true and correct copy of the docket of *Judy Musgrove et al. v. Brooklynn Chandler Willy et al.*, adversary proceeding no. 25-05047-mmp (the *"Musgrove Adversary"*), pending in United States Bankruptcy Court for the Western District of Texas.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from a deposition of Walter A. Collins, taken April 24, 2025.

19. Attached hereto as Exhibit 18 is a Declaration of Royal B. Lea, III, counsel to the Receiver, dated April 28, 2026.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 4th day of May 2026.

*/s/ John W. Moscow*
John W. Moscow

3

## Certificate of Service

I hereby certify that on May 4, 2026, I have caused a true and correct copy of the above and foregoing to be served on the following by the method indicated below.

| | |
|---|---|
| *Via E-Mail and U.S. First Class Mail*<br>Sean C. Sheely<br>Holland & Knight LLP<br>787 Seventh Ave., 31ˢᵗ Floor<br>New York, NY 10019; sean.sheely@hklaw.com<br>*Counsel for Plaintiff,*<br>*Metropolitan Partners Group Administration,*<br>*LLC* | *Via U.S. First Class Mail*<br>Oliphant United, Inc.<br>c/o URS Agents, LLC<br>3458 Lakeshore Drive<br>Tallahassee, FL 32312<br>*Defendant* |
| *Via U.S. First Class Mail*<br>Growth Platforms<br>c/o LegalCorp Solutions LLC<br>N92W17420 Appleton Ave., Suite 103E<br>Menomonee Falls, WI, 53051<br>*Defendant* | |

*/s/ John W. Moscow*
JOHN W. MOSCOW

4