# EXHIBIT 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| COLLINS ASSET GROUP, LLC, | ) | Case No. 25-51660-CAG |
| | ) | |
| Debtor. | ) | |
| | ) | |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' AMENDED SCHEDULES OF
ASSETS AND LIABILITIES AND AMENDED STATEMENTS OF FINANCIAL AFFAIRS**

Collins Asset Group, LLC ("CAG" or "Collins"), and its debtor affiliate, Hollins Holdings, Inc. ("Hollins"), as debtors in the above-captioned chapter 7 cases (the "Debtors"), with the assistance of their advisors, have filed their Amended Schedules of Assets and Liabilities (the "Schedules") and Amended Statements of Financial Affairs (the "Statements") with the United States Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Amended Schedules of Assets and Liabilities and Amended Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of the Debtors. Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined herein) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors and their directors, managers, officers, agents, authorized representatives, attorneys and other advisors do not guarantee or

warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, authorized representatives, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, authorized representatives, attorneys, and other advisors are advised of the possibility of such damages.

In addition, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

For CAG and Hollins, Mr. Daniel Laux has signed the Schedules and Statements. Mr. Laux is the sole manager of CAG, and authorized representative of Hollins. In reviewing and signing the Schedules and Statements, Mr. Laux has relied upon the efforts, statements and representations of third-parties retained by the Debtors to assist in the compilation of the Schedules and Statements, who are not employed by or under the control of CAG or Hollins. Mr. Laux has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, and certifies the accuracy of the Schedules and Statements based upon his best knowledge, information or belief.

The Global Notes are in addition to any specific notes contained in any Debtors' Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to the rest of the Debtors' Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

**Global Notes Control.** In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("Claim") description, or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object

2

to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**Description of Cases.**  On June 4, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code.

**Net Book Value of Assets.**  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the assets described in the Debtors' Schedules and Statements reflect net book values as of December 31, 2023.  The Debtors have updated certain amounts, where practical, where they believe there have been material modifications throughout 2024 and have reflected those amounts, to the best of their ability, as of the Petition Date or as otherwise indicated in the Schedules and Statements.  The accounts receivable balance is as of December 31, 2023.  Additionally, because the book values of certain assets may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date.  Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**Recharacterization.**  Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**Liabilities.**  Unless otherwise set forth in the Schedules, the liability portions set forth the amounts as of December 31, 2023.  Due to the timing of the preparation and filing of these Schedules and Statements, certain invoices, payments, credits, and offsets may have not yet been received and processed prior and thus may not be reflected in these Schedules and Statements.  These Schedules and Statements reflect the Debtors' good faith efforts to report this information as close to accurate as is reasonably possible.  The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.

**Insiders.**  For purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors or managers; (b) shareholders or members holding in excess of 20% of the units of

the Debtors; (c) relatives of directors, managers, shareholders or members of the Debtors (to the extent known by the Debtors); and (d) non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.  This listing is not intended to be nor should be construed as an admission that those parties are insiders for purposes of section 101(31) of the Bankruptcy Code.

**Executory Contracts.**  While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule any executory contract(s), and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  The Debtors do not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  The Debtors hereby reserve all of  their rights to dispute the validity, status, or enforceability of any contract, or other agreement set forth in Schedule G and to amend or supplement Schedule G as necessary.

**Classifications.**  Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured" or (d) listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description.**  Schedules D, and E/F permit the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated."  Any failure to designate a claim on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors.

**Causes of Action.**  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**Summary of Significant Reporting Policies.**  The following is a summary of significant reporting policies:

a. <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD," "undetermined" or similar is not intended to reflect upon the materiality of such amount.

b. <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c. <u>Liens</u>. Any property and equipment listed in the Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

d. <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Credits and Adjustments.** The claims of individual creditors for, among other things, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs.** The Debtors may have incurred certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, negotiations, and other disputes. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights and defenses preserved under section 558 of the Bankruptcy Code.

**Estimates.** To close the books and records of the Debtors as of the Petition Date, the Debtors were required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

**Specific Disclosures with Respect to CAG's Schedules**

**Schedule A.** With respect to the accounts receivable balance of $10,647.402.38, it represents the balances as of December 31, 2023 and adjustments that the prior accounting team recorded through the period, which is not the full population of the entries or collections. Therefore, the value is not representative of fair value, book value or any other value that would comply with US Generally Accounting Principles. The value is stale and would require the use of an expert to determine an appropriate value. *See* Schedule A.11 Consumer Lending A/R Over 90 Days. This Schedule is subject to amendment as reporting information becomes available.

With respect to the accounts receivable balance of $42,744,886.69, it represents the intercompany balances as of December 31, 2023, and adjustments that the prior accounting team recorded through the period, which is not the full population of the entries or collections. Therefore, the value is not representative of

fair value, book value or any other value that would comply with US Generally Accounting Principles. The value is stale and would require the use of an expert to determine an appropriate value. *See* Schedule A.11 Trial Balance.

**Schedule D.** Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. In addition, certain collateral may be listed as having multiple lenders, but the Debtors do not know the relative priority based on their available records. With respect to *Column B – Value of collateral that supports this claim*, these amounts represent the balances as of December 31, 2023 and adjustments that the prior accounting team recorded through the period, which is not the full population of the entries or collections. Therefore, the value is not representative of fair value, book value or any other value that would comply with US Generally Accounting Principles. The value is stale and would require the use of an expert to determine an appropriate value. These values are subject to amendment as reporting information becomes available.

**Schedule E/F.** The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Statement 7, based upon the Debtors' books and records as of June 4, 2025. Rather than using estate time and resources to repeat those same Claims on Schedule E/F, the Debtors listed those contingent, unliquidated Claims as a single-line item which also directs the reader to review Statement 7 for further information. The Debtors expressly incorporate by reference into Schedule E/F all parties to pending litigation listed in Statement 7 of the Debtors' Statements as contingent, unliquidated, and disputed claims. Any information contained in Schedule E/F with respect to any potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

## Specific Disclosures with Respect to CAG's Statements

**Statement 3.** As of April 17, 2025, CAG lost all access to its bank accounts with Wells Fargo Bank, N.A. As of May 29, 2025, CAG opened a new account with Hancock Whitney Bank but only has the ability to transfer funds from this account via direct request to its bank's representative and cannot otherwise access this account, including but not limited to electronically. Statement 3 includes any disbursement or other transfer made by CAG within 90 days before the Petition Date except for any made after it lost access to its accounts. CAG made multiple attempts to regain access to its accounts, but at present, it is still unable to fully access its accounts.

**Statement 7.** The Debtors have not reported judgements where the underlying litigation was pending for more than one year and/or the judgement was entered more than one year ago.

**Statement 26(a).** The accountants and bookkeepers maintaining CAG's books and records are third-parties not employed by CAG, but are either employed or retained by Oliphant USA, LLC and/or Oliphant USA, Inc.

**Fill in this information to identify the case:**

Debtor name   **Collins Asset Group, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)   **25-51660-cag**

☐ Check if this is an amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals     **12/15**

---

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................... $     **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................... $     **55,257,708.93**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $     **55,257,708.93**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **909,446,150.40**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $     **14,412.55**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **59,791.02**

4. **Total liabilities** .......................................................................................................
   Lines 2 + 3a + 3b     $     **909,520,353.97**

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Collins Asset Group, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **25-51660-cag** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$1,864,089.71** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Hancock and Whitney** | **Commercial Checking** | **9715** | **$1,330.15** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$1,865,419.86**

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   | 8.1. **Stretto, Inc. retainer balance** | **Unknown** |
   |---|---|

| Debtor | **Collins Asset Group, LLC** | Case number *(If known)* **25-51660-cag** |
|---|---|---|
| | Name | |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$0.00

---

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | 10,647,402.38 | - | 0.00 | =.... | $10,647,402.38 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 42,744,886.69 | - | 0.00 | =.... | $42,744,886.69 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$53,392,289.07

---

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.

☐ Yes Fill in the information below.

---

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

☐ Yes Fill in the information below.

---

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 2 |
|---|---|---|

| Debtor | Collins Asset Group, LLC | Case number *(If known)* | 25-51660-cag |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.collinsassetgroup.com | $0.00 | | $0.00 |
| 62.  **Licenses, franchises, and royalties** **See Schedule A.62 attachment of list of state licenses** | $0.00 | | $0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** **Customer List** | $0.00 | | $0.00 |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                                 $0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) | |

Debtor   **Collins Asset Group, LLC**                                Case number *(If known)*  **25-51660-cag**
         Name

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **Unexpired State license bonds**                                                         **Unknown**

78.  **Total of Part 11.**                                                                   $0.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Debtor | Collins Asset Group, LLC | Case number (If known) | 25-51660-cag |
|--------|--------------------------|------------------------|--------------|
|        | Name                     |                        |              |

Part 12: **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,865,419.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $53,392,289.07 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $55,257,708.93 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92        $55,257,708.93

**Fill in this information to identify the case:**

Debtor name: **Collins Asset Group, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **25-51660-cag**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **F & K Partners, LLP**
Creditor's Name

**12075 Mountain Mahogany Road**
**Loveland, CO 80538**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**Miscellaneous**
Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Non-Performing Loan**
**(claim amount is as of 6/4/2025)**

Describe the lien
**UCC-1 Senior Secured Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Column A: **$130,659,588.76**  Column B: **$9,078.00**

**2.2** **Ferrum Capital, LLC**
Creditor's Name

**4415 66th St., Suite 101**
**Lubbock, TX 79414**
Creditor's mailing address

_____
Creditor's email address, if known

Date debt was incurred
**Multiple**
Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Non-Performing Loans**
**(claim amount is as of 6/4/2025)**

Describe the lien
**UCC-1 Senior Secured Loans**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$559,205,793.09**  Column B: **$7,853,142.00**

| Debtor | **Collins Asset Group, LLC** | | Case number (if known) | **25-51660-cag** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.3 | **Growth Platforms, LLC** | | **$97,047,015.54** | **$1,998,058.00** |
|---|---|---|---|---|

Creditor's Name

**2003 Viking Drive**
**Reedsburg, WI 53959**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Non-Performing Loans**
**(claim amount is as of 6/4/2025)**

Creditor's email address, if known

**Describe the lien**
**UCC-1 / Senior Secured Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Multiple**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.4 | **Sill & Associates, L.L.C.** | | **$102,707,221.83** | **$350,506.00** |
|---|---|---|---|---|

Creditor's Name

**1555 River Park Drive,**
**Suite 101**
**Sacramento, CA 95815**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Non-Performing Loans**
**(claim amount is as of 6/4/2025)**

Creditor's email address, if known

**Describe the lien**
**UCC-1 Senior Secured Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Multiple**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.5 | **The Heller Group, LLC & Judith Heller,** | | **$19,826,531.18** | **$815,494.00** |
|---|---|---|---|---|

Creditor's Name

**TTEE, Judith Heller**
**Revocable Trust**
**1/7/1988**
**2537 NW 59th Street**
**Boca Raton, FL 33496**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Non-Performing Loans**
**(claim amount is as of 6/4/2025)**

**Describe the lien**

---

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 2 of 3

| Debtor | **Collins Asset Group, LLC** | | Case number (if known) | **25-51660-cag** |
|---|---|---|---|---|
| | Name | | | |

**UCC-1 Senior Secured Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**Multiple**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$909,446,150.40

---

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **John Patrick Lowe** **2402 East Main Street** **Uvalde, TX 78801** | Line **2.2** | |
| **Kerry Alleyne** **2161 N. W. Military Highway, Suite 400** **San Antonio, TX 78213** | Line **2.2** | |
| **Lester A. Ottenheimer, III** **Ottenheimer Law Group** **750 W. Lake Cook Road, Suite 290** **Buffalo Grove, IL 60089** | Line **2.5** | |
| **Randall A. Pullman** **2161 N. W. Military Highway, Suite 400** **San Antonio, TX 78213** | Line **2.2** | |
| **Royal B. Lea, III** **319 Maverick Street** **San Antonio, TX 78212** | Line **2.2** | |
| **Shari Pullen Pulman** **2161 N. W. Military Highway, Suite 400** **San Antonio, TX 78213** | Line **2.2** | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

**Fill in this information to identify the case:**

Debtor name  **Collins Asset Group, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **25-51660-cag**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**  Priority creditor's name and mailing address
**Texas State Comptroller**
**PO Box 149359**
**Austin, TX 78714-9328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$5,413.58**    Priority amount **$5,413.38**

Date or dates debt was incurred
**2024**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2**  Priority creditor's name and mailing address
**Texas State Comptroller**
**PO Box 149359**
**Austin, TX 78714-9328**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$8,998.97**    Priority amount **$8,998.97**

Date or dates debt was incurred
**2025**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
| --- | --- |

| Debtor | **Collins Asset Group, LLC** | | Case number (if known) | **25-51660-cag** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Barry Powell**
**c/o Matthew J. King**
**17806 IH 10 W., Ste 300**
**San Antonio, TX 78213**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**City of Yonkers**
**City Hall Annex - 2nd Floor**
**87 Neppherhan Ave.**
**Yonkers, NY 10701-3819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Penalty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Division of Commercial Recording**
**33 West State Street**
**Trenton, NJ 08608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Records**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.98** |
|---|---|---|---|

**E-Oscar (OLDE: Onine Data Exchange LLC)**
**Dept 224501**
**PO Box 55000**
**Detroit, MI 48255-2245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,272.44** |
|---|---|---|---|

**First Insurance Funding (A Winstrust Co)**
**450 Skokie Blvd., Ste. 1000**
**Northbrook, IL 60062-7917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Premium Finance Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Generations FCU**
**9311 San Pedro Ave.**
**Suite 1100**
**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Judy A. Musgrove**
**c/o Royal B. Lea, III**
**1901 NW Military Hwy., Suite 218**
**San Antonio, TX 78213**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 2 of 4

| Debtor | **Collins Asset Group, LLC** | Case number (if known) | **25-51660-cag** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Karen Aguilar**
**c/o Jake A. Morrison**
**17806 IH 10 W., Ste. 300**
**San Antonio, TX 78213**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oliphant USA, LLC**
**6001 W. William Cannon Dr.**
**Suite 102**
**Austin, TX 78749**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Allocated Expenses__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oliphant USA, LLC**
**6001 W. William Cannon Dr.**
**Suite 102**
**Austin, TX 78749**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Servicing Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|---|

**State of New Jersey**
**Department of Banking and Finance**
**20 West State Street**
**PO Box 325**
**Trenton, NJ 08625-0325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Penalty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,109.20** |
|---|---|---|---|

**Texas State Comptroller**
**PO Box 149359**
**Austin, TX 78714-9328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Penalty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$662.40** |
|---|---|---|---|

**Travis County Tax Office**
**PO Box 149328**
**Austin, TX 78714-9328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Penalty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 3 of 4

| Debtor | **Collins Asset Group, LLC** | Case number (if known) | **25-51660-cag** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Eugene Xerxes Martin, IV**<br>**8750 N. Central Expressway**<br>**Suite 1850**<br>**Dallas, TX 75231** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Eugene Xerxes Martin, IV**<br>**8750 N. Central Expressway**<br>**Suite 1850**<br>**Dallas, TX 75231** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jacob Michael Bach**<br>**8750 N. Central Expressway**<br>**Suite 1850**<br>**Dallas, TX 75231** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jacob Michael Bach**<br>**8750 N. Central Expressway**<br>**Suite 1850**<br>**Dallas, TX 75231** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Michael P. Ridulfo**<br>**5151 San Felipe Street**<br>**Suite 800**<br>**Houston, TX 77056** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michael P. Ridulfo**<br>**5151 San Felipe Street**<br>**Suite 800**<br>**Houston, TX 77056** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Patrick A. Watts**<br>**150 S. Wacker Drive**<br>**Suite 2400**<br>**Chicago, IL 60606** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Patrick A. Watts**<br>**1200 S. Big Bend Blvd.**<br>**Saint Louis, MO 63117** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Patrick A. Watts**<br>**150 S. Wacker Drive**<br>**Suite 2400**<br>**Chicago, IL 60606** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Patrick A. Watts**<br>**1200 S. Big Bend Blvd.**<br>**Saint Louis, MO 63117** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **14,412.55** |
| **5b. Total claims from Part 2** | 5b. + | $ | **59,791.02** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **74,203.57** |

| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 4 of 4 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Collins Asset Group, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known) **25-51660-cag**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Software Subscription** | |
| | State the term remaining | **Annual (when was last payment?)** | **Action Verb LLC dba Files.com** |
| | List the contract number of any government contract | | **PO Box 8101** <br>**Carol Stream, IL 60197-8101** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Premium Financing Agreement** | |
| | State the term remaining | **6 months** | **First Insurance Funding (A Winstrust Co)** |
| | List the contract number of any government contract | | **450 Skokie Blvd., Ste. 1000** <br>**Northbrook, IL 60062-7917** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Representation** | |
| | State the term remaining | **Terminted 6/3/2025** | **Kane Russell Coleman Logan** <br>**c/o Michael P. Ridulfo** |
| | List the contract number of any government contract | | **515 San Felipe Street, Suite 800** <br>**Houston, TX 77056** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Offsite Storage** | |
| | State the term remaining | **Month-to-Month** | **King Size Storage** |
| | List the contract number of any government contract | | **5256 WEst US HIghway 290** <br>**Austin, TX 78735** |

| Debtor 1 | **Collins Asset Group, LLC** | | Case number *(if known)* | **25-51660-cag** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Legal Representation** | |
|---|---|---|---|
| | State the term remaining | **Conclusion of First 341 Creditor Meeting** | **Klehr Harrison Harvey Branzburg LLP** **c/o Richard M. Beck** **919 N. Market Street, Suite 1000** **Wilmington, DE 19801** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Loan Sale Agreement - Limited Power of Attorney** | |
|---|---|---|---|
| | State the term remaining | **TBD** | **Mariner Finance, LLC** **Attn:  Laird Oskin** **8211 Town Center Drive** **Nottingham, MD 21236** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **eCollections License Agreement / Software Subscription** | |
|---|---|---|---|
| | State the term remaining | **7 months, 1 week** | **Sentinel Data Solutions, Inc.** **PO Box 95** **Lawson, MO 64062** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Conclusion of 341 Creditor Meeting** | **Stretto, Inc.** **Attn:  Sheryl Betance** **410 Exchange, Ste. 100** **Irvine, CA 92602** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Software Subscription** | |
|---|---|---|---|
| | State the term remaining | **1 year, 46 days** | **Thomson Reuters** **6160 Warren Parkway** **Suite 700** **Frisco, TX 75034** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Collins Asset Group, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **25-51660-cag**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **See SOFA 7 Attachment** | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

25-51660 Case 1:25-cv-03467-KPF Document 59 Filed 09/16/25 Entered 09/16/25 03:02:45 Main Document Pg 23 of 30 Page 24 of 31

Schedule A-11
Consumer Lending A/R Over 90 Days

**Collins Asset Group, LLC**

**Portfolio Values Per the Trial Balance**
As of June 4, 2025
Notes:
(1) The Net Asset Value was last evaluated and reported on in conjunction with the December 31, 2023 audit. Values have not been adjusted for despite collections and other economic and legal events. occurring during this time period.
(2) The year in which Collins Asset Group LLC (CAG) acquired the asset in the secondary market is to the right of the Net Asset Value.
(3) The Portfolio ID is also listed which can be used to identify assets assigned to a particular portfolio.

| GL Account | Debit | Credit | Net Asset Value | Vintage Year (20XX) | Vintage Month | Trade No. | Asset Type | Originator and Portfolio ID |
|---|---|---|---|---|---|---|---|---|
| 14102 Inventory:Consumer Lending:Lending Point:18015 | 58,857.02 | | 58,857.02 | 14 | 10 | 2 | Inventory:Consumer Lending | :Lending Point:18015 |
| 14103 Inventory:Consumer Lending:Lending Point:18019 | 34,130.96 | | 34,130.96 | 14 | 10 | 3 | Inventory:Consumer Lending | :Lending Point:18019 |
| 14104 Inventory:Consumer Lending:Lending Point:18021 | 108,229.76 | | 108,229.76 | 14 | 10 | 4 | Inventory:Consumer Lending | :Lending Point:18021 |
| 14105 Inventory:Consumer Lending:Lending Point:18030 | 47,622.72 | | 47,622.72 | 14 | 10 | 5 | Inventory:Consumer Lending | :Lending Point:18030 |
| 14106 Inventory:Consumer Lending:Lending Point:18037 | 46,110.01 | | 46,110.01 | 14 | 10 | 6 | Inventory:Consumer Lending | :Lending Point:18037 |
| 14107 Inventory:Consumer Lending:Lending Point:18043 | 28,332.21 | | 28,332.21 | 14 | 10 | 7 | Inventory:Consumer Lending | :Lending Point:18043 |
| 14108 Inventory:Consumer Lending:Lending Point:18047 | 40,590.58 | | 40,590.58 | 14 | 10 | 8 | Inventory:Consumer Lending | :Lending Point:18047 |
| 14109 Inventory:Consumer Lending:Lending Point:18050 | 147,091.86 | | 147,091.86 | 14 | 10 | 9 | Inventory:Consumer Lending | :Lending Point:18050 |
| 14110 Inventory:Consumer Lending:Lending Point:18054 | 93,643.34 | | 93,643.34 | 14 | 11 | 0 | Inventory:Consumer Lending | :Lending Point:18054 |
| 14111 Inventory:Consumer Lending:Lending Point:18060 | 59,327.34 | | 59,327.34 | 14 | 11 | 1 | Inventory:Consumer Lending | :Lending Point:18060 |
| 14112 Inventory:Consumer Lending:Lending Point:19004 | 273,995.14 | | 273,995.14 | 14 | 11 | 2 | Inventory:Consumer Lending | :Lending Point:19004 |
| 14113 Inventory:Consumer Lending:Lending Point:19006 | 208,542.09 | | 208,542.09 | 14 | 11 | 3 | Inventory:Consumer Lending | :Lending Point:19006 |
| 14114 Inventory:Consumer Lending:Lending Point:19008 | 221,049.03 | | 221,049.03 | 14 | 11 | 4 | Inventory:Consumer Lending | :Lending Point:19008 |
| 14115 Inventory:Consumer Lending:Lending Point:19010 | 364,756.23 | | 364,756.23 | 14 | 11 | 5 | Inventory:Consumer Lending | :Lending Point:19010 |
| 14116 Inventory:Consumer Lending:Lending Point:19011 | 79,679.21 | | 79,679.21 | 14 | 11 | 6 | Inventory:Consumer Lending | :Lending Point:19011 |
| 14117 Inventory:Consumer Lending:Lending Point:19012 | 43,045.58 | | 43,045.58 | 14 | 11 | 7 | Inventory:Consumer Lending | :Lending Point:19012 |
| 14118 Inventory:Consumer Lending:Lending Point:19013 | 58,656.81 | | 58,656.81 | 14 | 11 | 8 | Inventory:Consumer Lending | :Lending Point:19013 |
| 14119 Inventory:Consumer Lending:Lending Point:19015 | 271,399.86 | | 271,399.86 | 14 | 11 | 9 | Inventory:Consumer Lending | :Lending Point:19015 |
| 14120 Inventory:Consumer Lending:Lending Point:19018 | 190,951.20 | | 190,951.20 | 14 | 12 | 0 | Inventory:Consumer Lending | :Lending Point:19018 |
| 14121 Inventory:Consumer Lending:Lending Point:19020 | 144,627.69 | | 144,627.69 | 14 | 12 | 1 | Inventory:Consumer Lending | :Lending Point:19020 |
| 14122 Inventory:Consumer Lending:Lending Point:19023 | 382,320.89 | | 382,320.89 | 14 | 12 | 2 | Inventory:Consumer Lending | :Lending Point:19023 |
| 14123 Inventory:Consumer Lending:Lending Point:20002 | 352,382.39 | | 352,382.39 | 14 | 12 | 3 | Inventory:Consumer Lending | :Lending Point:20002 |
| 14124 Inventory:Consumer Lending:Lending Point:20005 | 321,130.09 | | 321,130.09 | 14 | 12 | 4 | Inventory:Consumer Lending | :Lending Point:20005 |
| 14125 Inventory:Consumer Lending:Lending Point:20009 | 357,962.12 | | 357,962.12 | 14 | 12 | 5 | Inventory:Consumer Lending | :Lending Point:20009 |
| 14126 Inventory:Consumer Lending:Lending Point:20012 | 325,918.66 | | 325,918.66 | 14 | 12 | 6 | Inventory:Consumer Lending | :Lending Point:20012 |
| 14127 Inventory:Consumer Lending:Lending Point:20016 | 225,636.64 | | 225,636.64 | 14 | 12 | 7 | Inventory:Consumer Lending | :Lending Point:20016 |
| 14128 Inventory:Consumer Lending:Lending Point:20020 | 464,522.78 | | 464,522.78 | 14 | 12 | 8 | Inventory:Consumer Lending | :Lending Point:20020 |
| 14129 Inventory:Consumer Lending:Lending Point:20024 | 370,433.27 | | 370,433.27 | 14 | 12 | 9 | Inventory:Consumer Lending | :Lending Point:20024 |
| 14130 Inventory:Consumer Lending:Lending Point:20027 | 374,879.00 | | 374,879.00 | 14 | 13 | 0 | Inventory:Consumer Lending | :Lending Point:20027 |
| 14131 Inventory:Consumer Lending:Lending Point:20030 | 399,591.50 | | 399,591.50 | 14 | 13 | 1 | Inventory:Consumer Lending | :Lending Point:20030 |
| 14132 Inventory:Consumer Lending:Lending Point:20033 | 335,579.61 | | 335,579.61 | 14 | 13 | 2 | Inventory:Consumer Lending | :Lending Point:20033 |
| 14133 Inventory:Consumer Lending:Lending Point:20037 | 382,292.72 | | 382,292.72 | 14 | 13 | 3 | Inventory:Consumer Lending | :Lending Point:20037 |
| 14134 Inventory:Consumer Lending:Lending Point:20039 | 290,393.08 | | 290,393.08 | 14 | 13 | 4 | Inventory:Consumer Lending | :Lending Point:20039 |
| 14135 Inventory:Consumer Lending:Lending Point:21002 | 489,268.62 | | 489,268.62 | 14 | 13 | 5 | Inventory:Consumer Lending | :Lending Point:21002 |
| 14136 Inventory:Consumer Lending:Lending Point:21005 | 338,712.23 | | 338,712.23 | 14 | 13 | 6 | Inventory:Consumer Lending | :Lending Point:21005 |
| 14137 Inventory:Consumer Lending:Lending Point:21007 | 354,134.42 | | 354,134.42 | 14 | 13 | 7 | Inventory:Consumer Lending | :Lending Point:21007 |
| 14138 Inventory:Consumer Lending:Lending Point:21012 | 573,253.09 | | 573,253.09 | 14 | 13 | 8 | Inventory:Consumer Lending | :Lending Point:21012 |
| 14139 Inventory:Consumer Lending:Lending Point:21014 | 123,470.57 | | 123,470.57 | 14 | 13 | 9 | Inventory:Consumer Lending | :Lending Point:21014 |
| 14140 Inventory:Consumer Lending:Lending Point:21016 | 112,686.33 | | 112,686.33 | 14 | 14 | 0 | Inventory:Consumer Lending | :Lending Point:21016 |
| 14201 Inventory:Consumer Lending:LC USA:18018 | 38,734.53 | | 38,734.53 | 14 | 20 | 1 | Inventory:Consumer Lending | :LC USA:18018 |
| 14202 Inventory:Consumer Lending:LC USA:18028 | 44,274.32 | | 44,274.32 | 14 | 20 | 2 | Inventory:Consumer Lending | :LC USA:18028 |
| 14203 Inventory:Consumer Lending:LC USA:18036 | 98,862.48 | | 98,862.48 | 14 | 20 | 3 | Inventory:Consumer Lending | :LC USA:18036 |
| 14204 Inventory:Consumer Lending:LC USA:18042 | 9,562.48 | | 9,562.48 | 14 | 20 | 4 | Inventory:Consumer Lending | :LC USA:18042 |
| 14205 Inventory:Consumer Lending:LC USA:18046 | 65,044.39 | | 65,044.39 | 14 | 20 | 5 | Inventory:Consumer Lending | :LC USA:18046 |
| 14206 Inventory:Consumer Lending:LC USA:18049 | 157,590.80 | | 157,590.80 | 14 | 20 | 6 | Inventory:Consumer Lending | :LC USA:18049 |
| 14207 Inventory:Consumer Lending:LC USA:18053 | 28,806.95 | | 28,806.95 | 14 | 20 | 7 | Inventory:Consumer Lending | :LC USA:18053 |
| 14208 Inventory:Consumer Lending:LC USA:18059 | 50,861.77 | | 50,861.77 | 14 | 20 | 8 | Inventory:Consumer Lending | :LC USA:18059 |
| 14209 Inventory:Consumer Lending:LC USA:19003 | 24,194.99 | | 24,194.99 | 14 | 20 | 9 | Inventory:Consumer Lending | :LC USA:19003 |
| 14210 Inventory:Consumer Lending:LC USA:19005 | 39,820.95 | | 39,820.95 | 14 | 21 | 0 | Inventory:Consumer Lending | :LC USA:19005 |
| 14211 Inventory:Consumer Lending:LC USA:19007 | 131,912.65 | | 131,912.65 | 14 | 21 | 1 | Inventory:Consumer Lending | :LC USA:19007 |
| 14212 Inventory:Consumer Lending:LC USA:19009 | 140,760.97 | | 140,760.97 | 14 | 21 | 2 | Inventory:Consumer Lending | :LC USA:19009 |

| GL Account | Debit | Credit | Net Asset Value | Vintage Year (20XX) | Vintage Month | Trade No. | Asset Type | Originator and Portfolio ID |
|---|---|---|---|---|---|---|---|---|
| 14502 Inventory:Consumer Lending:LC USA:Huntington 12235/13084/85 | 4,099.10 | | 4,099.10 | 14 | 50 | 2 | Inventory:Consumer Lending | :LC USA:Huntington 12235/13084/85 |
| 14503 Inventory:Consumer Lending:LC USA:Huntington 12235/13084/85:Huntington Allowance for Credit Losses | | 3,906.49 | -3,906.49 | 14 | 50 | 3 | Inventory:Consumer Lending | :LC USA:Huntington 12235/13084/85:Huntington Allowance for Credit Losses |
| 14504 Inventory:Consumer Lending:LC USA:ASG 13086/87 | 0.00 | | 0.00 | 14 | 50 | 4 | Inventory:Consumer Lending | :LC USA:ASG 13086/87 |
| 14505 Inventory:Consumer Lending:LC USA:RCS 13092/93 | 102,306.37 | | 102,306.37 | 14 | 50 | 5 | Inventory:Consumer Lending | :LC USA:RCS 13092/93 |
| 14506 Inventory:Consumer Lending:LC USA:Homeowners 13094 | 2,268.03 | | 2,268.03 | 14 | 50 | 6 | Inventory:Consumer Lending | :LC USA:Homeowners 13094 |
| 14507 Inventory:Consumer Lending:LC USA:Homeowners 13094:Home Allowance for Credit Losses | | 2,268.03 | -2,268.03 | 14 | 50 | 7 | Inventory:Consumer Lending | :LC USA:Homeowners 13094:Home Allowance for Credit Losses |
| 14508 Inventory:Consumer Lending:LC USA:Next Gear 13128 | 0.00 | | 0.00 | 14 | 50 | 8 | Inventory:Consumer Lending | :LC USA:Next Gear 13128 |
| 14511 Inventory:Consumer Lending:LC USA:Key Equipment 13137 | 123,487.63 | | 123,487.63 | 14 | 51 | 1 | Inventory:Consumer Lending | :LC USA:Key Equipment 13137 |
| 14554 Inventory:Consumer Lending:LC USA:Key Equipment 13137:Key Allowance for Credit Losses | | 129,791.47 | -129,791.47 | 14 | 55 | 4 | Inventory:Consumer Lending | :LC USA:Key Equipment 13137:Key Allowance for Credit Losses |
| 14527 Inventory:Consumer Lending:LC USA:Ross Education 17026 | 66,467.11 | | 66,467.11 | 14 | 52 | 7 | Inventory:Consumer Lending | :LC USA:Ross Education 17026 |
| 14528 Inventory:Consumer Lending:LC USA:AFS Acceptance 17027 | 20,978.83 | | 20,978.83 | 14 | 52 | 8 | Inventory:Consumer Lending | :LC USA:AFS Acceptance 17027 |
| 14529 Inventory:Consumer Lending:LC USA:Byrider Finance 17050 | 90,182.56 | | 90,182.56 | 14 | 52 | 9 | Inventory:Consumer Lending | :LC USA:Byrider Finance 17050 |
| 14529.1 Inventory:Consumer Lending:LC USA:Byrider Finance 17050:Byrider Allowance for Credit Losses | | 7,688.18 | -7,688.18 | 14 | 52 | 9 | .1 Inventory:Consumer Lendi | ng:LC USA:Byrider Finance 17050:Byrider Allowance for Credit Losses |
| 14530 Inventory:Consumer Lending:LC USA:Credibly 17054/55 | 88,554.10 | | 88,554.10 | 14 | 53 | 0 | Inventory:Consumer Lending | :LC USA:Credibly 17054/55 |
| 14530.1 Inventory:Consumer Lending:LC USA:Credibly 17054/55:Credibly Allowance for Credit Losses | | 13,609.99 | -13,609.99 | 14 | 53 | 0 | .1 Inventory:Consumer Lendi | ng:LC USA:Credibly 17054/55:Credibly Allowance for Credit Losses |
| 14531 Inventory:Consumer Lending:LC USA:Westlake 17040/41/42 | 44,400.01 | | 44,400.01 | 14 | 53 | 1 | Inventory:Consumer Lending | :LC USA:Westlake 17040/41/42 |
| 14532 Inventory:Consumer Lending:LC USA:Westlake 17040/41/42:Westlake Allowance for Credit Losses | | 5,362.93 | -5,362.93 | 14 | 53 | 2 | Inventory:Consumer Lending | :LC USA:Westlake 17040/41/42:Westlake Allowance for Credit Losses |
| 14533.1 Inventory:Consumer Lending:LC USA:Drivetime 2 18010 | 1,743,308.31 | | 1,743,308.31 | 14 | 53 | 3 | .1 Inventory:Consumer Lendi | ng:LC USA:Drivetime 2 18010 |
| 14533.2 Inventory:Consumer Lending:LC USA:DriveTime 18007 | 1,891,826.60 | | 1,891,826.60 | 14 | 53 | 3 | .2 Inventory:Consumer Lendi | ng:LC USA:DriveTime 18007 |
| 14533.3 Inventory:Consumer Lending:LC USA:DriveTime 18007:Drivetime Allowance for Credit Losses | | 3,589,136.16 | -3,589,136.16 | 14 | 53 | 3 | .3 Inventory:Consumer Lendi | ng:LC USA:DriveTime 18007:Drivetime Allowance for Credit Losses |
| 14534 Inventory:Consumer Lending:LC USA:LoanDepot 18003 | 353,969.99 | | 353,969.99 | 14 | 53 | 4 | Inventory:Consumer Lending | :LC USA:LoanDepot 18003 |
| 14535 Inventory:Consumer Lending:LC USA:Mariner 17056 | 139,787.28 | | 139,787.28 | 14 | 53 | 5 | Inventory:Consumer Lending | :LC USA:Mariner 17056 |
| 14540 Inventory:Consumer Lending:LC USA:LBC Judgment 13104 &16204 | 0.00 | | 0.00 | 14 | 54 | 0 | Inventory:Consumer Lending | :LC USA:LBC Judgment 13104 &16204 |
| 14541 Inventory:Consumer Lending:LC USA:Stones 14015/16 | 0.00 | | 0.00 | 14 | 54 | 1 | Inventory:Consumer Lending | :LC USA:Stones 14015/16 |
| 14542 Inventory:Consumer Lending:LC USA:Blue Star 14017/18 | 0.00 | | 0.00 | 14 | 54 | 2 | Inventory:Consumer Lending | :LC USA:Blue Star 14017/18 |
| 14543 Inventory:Consumer Lending:LC USA:Nissan 14041 | 85,806.27 | | 85,806.27 | 14 | 54 | 3 | Inventory:Consumer Lending | :LC USA:Nissan 14041 |
| 14544.1 Inventory:Consumer Lending:LC USA:ACM 13129/30/31/32/33/34 | 333,493.02 | | 333,493.02 | 14 | 54 | 4 | .1 Inventory:Consumer Lendi | ng:LC USA:ACM 13129/30/31/32/33/34 |
| 14544.2 Inventory:Consumer Lending:LC USA:ACM II 14057/65 | 11,119.18 | | 11,119.18 | 14 | 54 | 4 | .2 Inventory:Consumer Lendi | ng:LC USA:ACM II 14057/65 |
| 14544.3 Inventory:Consumer Lending:LC USA:ACM II 14057/65:ACM Allowance for Credit Losses | | 344,612.20 | -344,612.20 | 14 | 54 | 4 | .3 Inventory:Consumer Lendi | ng:LC USA:ACM II 14057/65:ACM Allowance for Credit Losses |
| 14546 Inventory:Consumer Lending:LC USA:Bluestar II 14076 | 0.00 | | 0.00 | 14 | 54 | 6 | Inventory:Consumer Lending | :LC USA:Bluestar II 14076 |
| 14547 Inventory:Consumer Lending:LC USA:First Mutual 14113/15063/4 | 7,403.86 | | 7,403.86 | 14 | 54 | 7 | Inventory:Consumer Lending | :LC USA:First Mutual 14113/15063/4 |
| 14548 Inventory:Consumer Lending:LC USA:Blue Star Holding 14114 | 0.00 | | 0.00 | 14 | 54 | 8 | Inventory:Consumer Lending | :LC USA:Blue Star Holding 14114 |
| 14549 Inventory:Consumer Lending:LC USA:Ursus 15052 | 1,081.14 | | 1,081.14 | 14 | 54 | 9 | Inventory:Consumer Lending | :LC USA:Ursus 15052 |
| 14551 Inventory:Consumer Lending:LC USA:Newport Beach/SB 13138/39 | 17,450.57 | | 17,450.57 | 14 | 55 | 1 | Inventory:Consumer Lending | :LC USA:Newport Beach/SB 13138/39 |
| 14552 Inventory:Consumer Lending:LC USA:Blues 16 16049/17007/18009 | 0.00 | | 0.00 | 14 | 55 | 2 | Inventory:Consumer Lending | :LC USA:Blues 16 16049/17007/18009 |
| 14501 Inventory:Consumer Lending:LBC 13069/13070 | | 309,846.06 | -309,846.06 | 14 | 50 | 1 | Inventory:Consumer Lending | :LBC 13069/13070 |
| Totals | 15,053,623.89 | 4,406,221.51 | 10,647,402.38 | | | | | |

In re Collins Asset Group, LLC

Page 2 of 2

# Collins Asset Group LLC
## Trial Balance
### As of June 4, 2025

| | Debit | Credit |
|---|---:|---:|
| **Petty Cash** | 300.00 | |
| **WF - 1536 MI Trust** | 0.00 | |
| **WF - 1770 Operations Checks** | | 0.60 |
| **WF - 2527** | 0.00 | |
| **WF - 2626** | 0.00 | |
| **WF - 2757 NC Trust** | 0.00 | |
| **WF - 3174** | 0.00 | |
| **WF - 3182** | 0.00 | |
| **WF - 3190** | 0.00 | |
| **WF - 3208** | 0.00 | |
| **WF - 3224** | 0.00 | |
| **WF - 3232** | 0.00 | |
| **WF - 3240** | 0.00 | |
| **WF - 3257** | 0.00 | |
| **WF - 8174** | 0.00 | |
| **WF - 8224** | 0.00 | |
| **WF - 8232** | 0.00 | |
| **WF - 8895 Trust** | 0.00 | |
| **WF - 8945 OPS Wires** | 0.00 | |
| **11400 Receivables from Servicer - OUSA** | 6,030,475.63 | |
| **14102 Inventory:Consumer Lending:Lending Point:18015** | 58,857.02 | |
| **14103 Inventory:Consumer Lending:Lending Point:18019** | 34,130.96 | |
| **14104 Inventory:Consumer Lending:Lending Point:18021** | 108,229.76 | |
| **14105 Inventory:Consumer Lending:Lending Point:18030** | 47,622.72 | |
| **14106 Inventory:Consumer Lending:Lending Point:18037** | 46,110.01 | |
| **14107 Inventory:Consumer Lending:Lending Point:18043** | 28,332.21 | |
| **14108 Inventory:Consumer Lending:Lending Point:18047** | 40,590.58 | |
| **14109 Inventory:Consumer Lending:Lending Point:18050** | 147,091.86 | |
| **14110 Inventory:Consumer Lending:Lending Point:18054** | 93,643.34 | |
| **14111 Inventory:Consumer Lending:Lending Point:18060** | 59,327.34 | |
| **14112 Inventory:Consumer Lending:Lending Point:19004** | 273,995.14 | |
| **14113 Inventory:Consumer Lending:Lending Point:19006** | 208,542.09 | |
| **14114 Inventory:Consumer Lending:Lending Point:19008** | 221,049.03 | |
| **14115 Inventory:Consumer Lending:Lending Point:19010** | 364,756.23 | |
| **14116 Inventory:Consumer Lending:Lending Point:19011** | 79,679.21 | |
| **14117 Inventory:Consumer Lending:Lending Point:19012** | 43,045.58 | |
| **14118 Inventory:Consumer Lending:Lending Point:19013** | 58,656.81 | |
| **14119 Inventory:Consumer Lending:Lending Point:19015** | 271,399.86 | |
| **14120 Inventory:Consumer Lending:Lending Point:19018** | 190,951.20 | |
| **14121 Inventory:Consumer Lending:Lending Point:19020** | 144,627.69 | |
| **14122 Inventory:Consumer Lending:Lending Point:19023** | 382,320.89 | |
| **14123 Inventory:Consumer Lending:Lending Point:20002** | 352,382.39 | |
| **14124 Inventory:Consumer Lending:Lending Point:20005** | 321,130.09 | |
| **14125 Inventory:Consumer Lending:Lending Point:20009** | 357,962.12 | |
| **14126 Inventory:Consumer Lending:Lending Point:20012** | 325,918.66 | |
| **14127 Inventory:Consumer Lending:Lending Point:20016** | 225,636.64 | |
| **14128 Inventory:Consumer Lending:Lending Point:20020** | 464,522.78 | |
| **14129 Inventory:Consumer Lending:Lending Point:20024** | 370,433.27 | |
| **14130 Inventory:Consumer Lending:Lending Point:20027** | 374,879.00 | |
| **14131 Inventory:Consumer Lending:Lending Point:20030** | 399,591.50 | |
| **14132 Inventory:Consumer Lending:Lending Point:20033** | 335,579.61 | |

Schedule A.11
Trial Balance

| | Debit | Credit |
|---|---|---|
| 14133 Inventory:Consumer Lending:Lending Point:20037 | 382,292.72 | |
| 14134 Inventory:Consumer Lending:Lending Point:20039 | 290,393.08 | |
| 14135 Inventory:Consumer Lending:Lending Point:21002 | 489,268.62 | |
| 14136 Inventory:Consumer Lending:Lending Point:21005 | 338,712.23 | |
| 14137 Inventory:Consumer Lending:Lending Point:21007 | 354,134.42 | |
| 14138 Inventory:Consumer Lending:Lending Point:21012 | 573,253.09 | |
| 14139 Inventory:Consumer Lending:Lending Point:21014 | 123,470.57 | |
| 14140 Inventory:Consumer Lending:Lending Point:21016 | 112,686.33 | |
| 14201 Inventory:Consumer Lending:LC USA:18018 | 38,734.53 | |
| 14202 Inventory:Consumer Lending:LC USA:18028 | 44,274.32 | |
| 14203 Inventory:Consumer Lending:LC USA:18036 | 98,862.48 | |
| 14204 Inventory:Consumer Lending:LC USA:18042 | 9,562.48 | |
| 14205 Inventory:Consumer Lending:LC USA:18046 | 65,044.39 | |
| 14206 Inventory:Consumer Lending:LC USA:18049 | 157,590.80 | |
| 14207 Inventory:Consumer Lending:LC USA:18053 | 28,806.95 | |
| 14208 Inventory:Consumer Lending:LC USA:18059 | 50,861.77 | |
| 14209 Inventory:Consumer Lending:LC USA:19003 | 24,194.99 | |
| 14210 Inventory:Consumer Lending:LC USA:19005 | 39,820.95 | |
| 14211 Inventory:Consumer Lending:LC USA:19007 | 131,912.65 | |
| 14212 Inventory:Consumer Lending:LC USA:19009 | 140,760.97 | |
| 14502 Inventory:Consumer Lending:LC USA:Huntington 12235/13084/85 | 4,099.10 | |
| 14503 Inventory:Consumer Lending:LC USA:Huntington 12235/13084/85:Huntington Allowance for Credit Losses | | 3,906.49 |
| 14504 Inventory:Consumer Lending:LC USA:ASG 13086/87 | 0.00 | |
| 14505 Inventory:Consumer Lending:LC USA:RCS 13092/93 | 102,306.37 | |
| 14506 Inventory:Consumer Lending:LC USA:Homeowners 13094 | 2,268.03 | |
| 14507 Inventory:Consumer Lending:LC USA:Homeowners 13094:Home Allowance for Credit Losses | | 2,268.03 |
| 14508 Inventory:Consumer Lending:LC USA:Next Gear 13128 | 0.00 | |
| 14511 Inventory:Consumer Lending:LC USA:Key Equipment 13137 | 123,487.63 | |
| 14554 Inventory:Consumer Lending:LC USA:Key Equipment 13137:Key Allowance for Credit Losses | | 129,791.47 |
| 14527 Inventory:Consumer Lending:LC USA:Ross Education 17026 | 66,467.11 | |
| 14528 Inventory:Consumer Lending:LC USA:AFS Acceptance 17027 | 20,978.83 | |
| 14529 Inventory:Consumer Lending:LC USA:Byrider Finance 17050 | 90,182.56 | |
| 14529.1 Inventory:Consumer Lending:LC USA:Byrider Finance 17050:Byrider Allowance for Credit Losses | | 7,688.18 |
| 14530 Inventory:Consumer Lending:LC USA:Credibly 17054/55 | 88,554.10 | |
| 14530.1 Inventory:Consumer Lending:LC USA:Credibly 17054/55:Credibly Allowance for Credit Losses | | 13,609.99 |
| 14531 Inventory:Consumer Lending:LC USA:Westlake 17040/41/42 | 44,400.01 | |
| 14532 Inventory:Consumer Lending:LC USA:Westlake 17040/41/42:Westlake Allowance for Credit Losses | | 5,362.93 |
| 14533.1 Inventory:Consumer Lending:LC USA:Drivetime 2 18010 | 1,743,308.31 | |
| 14533.2 Inventory:Consumer Lending:LC USA:DriveTime 18007 | 1,891,826.60 | |
| 14533.3 Inventory:Consumer Lending:LC USA:DriveTime 18007:Drivetime Allowance for Credit Losses | | 3,589,136.16 |
| 14534 Inventory:Consumer Lending:LC USA:LoanDepot 18003 | 353,969.99 | |
| 14535 Inventory:Consumer Lending:LC USA:Mariner 17056 | 139,787.28 | |
| 14540 Inventory:Consumer Lending:LC USA:LBC Judgment 13104 &16204 | 0.00 | |
| 14541 Inventory:Consumer Lending:LC USA:Stones 14015/16 | 0.00 | |
| 14542 Inventory:Consumer Lending:LC USA:Blue Star 14017/18 | 0.00 | |
| 14543 Inventory:Consumer Lending:LC USA:Nissan 14041 | 85,806.27 | |
| 14544.1 Inventory:Consumer Lending:LC USA:ACM 13129/30/31/32/33/34 | 333,493.02 | |
| 14544.2 Inventory:Consumer Lending:LC USA:ACM II 14057/65 | 11,119.18 | |
| 14544.3 Inventory:Consumer Lending:LC USA:ACM II 14057/65:ACM Allowance for Credit Losses | | 344,612.20 |
| 14546 Inventory:Consumer Lending:LC USA:Bluestar II 14076 | 0.00 | |
| 14547 Inventory:Consumer Lending:LC USA:First Mutual 14113/15063/4 | 7,403.86 | |
| 14548 Inventory:Consumer Lending:LC USA:Blue Star Holding 14114 | 0.00 | |
| 14549 Inventory:Consumer Lending:LC USA:Ursus 15052 | 1,081.14 | |
| 14551 Inventory:Consumer Lending:LC USA:Newport Beach/SB 13138/39 | 17,450.57 | |
| 14552 Inventory:Consumer Lending:LC USA:Blues 16 16049/17007/18009 | 0.00 | |

Schedule A.11
Trial Balance

| | Debit | Credit |
|---|---|---|
| **14501 Inventory:Consumer Lending:LBC 13069/13070** | | 309,846.06 |
| **16700.1 Clearing Account** | | 1,339.97 |
| **Deposit K&B** | 7,500.00 | |
| **Due from Officers** | 0.00 | |
| **Loans to others** | 0.00 | |
| **Payments to deposit** | 15,000.00 | |
| **Prepaid expenses** | 108,038.60 | |
| **Uncat Asset - Ferrum** | 266,649.11 | |
| **Uncat Asset - Growth** | 0.00 | |
| **Uncategorized Asset** | 629.96 | |
| **16000 Debt Issuance Costs** | 9,994,322.65 | |
| **16500 Debt Issuance Costs:Accumulated Amortization** | | 7,552,429.76 |
| **17000 Capitalized Court Costs** | 2,411,637.39 | |
| **17050 Capitalized Court Costs:Accumulated Amortization** | | 2,411,637.39 |
| **18000 Repurchases Asset** | 0.00 | |
| **Accounts Payable (A/P)** | | 81,861.64 |
| **25001 25001 note payable D&O  Insurance** | | 142,697.07 |
| **25000.1 Notes Payable:Notes Payable - Current Maturities Principal** | | 12,766,819.50 |
| **25000.2 Notes Payable:Notes Payable - Current Maturities Principal:Notes Payable - Current Maturities Interest** | | 4,964,434.74 |
| **25101 Notes Payable:Sill:6 Year 8%** | | 947,500.00 |
| **25102 Notes Payable:Sill:4 Year 10%** | | 0.00 |
| **25103 Notes Payable:Sill:Accrued Interest** | | 37,090.00 |
| **25200 Notes Payable:Ferrum** | 536,761.22 | |
| **25201 Notes Payable:Ferrum:4 Year 10%** | | 21,464,727.56 |
| **25202 Notes Payable:Ferrum:4 Year 10%:Accrued Interest** | | 9,420,635.35 |
| **25203 Notes Payable:Ferrum:4 Year 8%** | | 14,807,051.45 |
| **25204 Notes Payable:Ferrum:4 Year 8%:Accrued Interest** | | 3,241,971.37 |
| **Notes Payable:Ferrum:5 Year 10%** | | 0.00 |
| **25205 Notes Payable:Ferrum:5 Year 10%:Accrued Interest** | | 0.00 |
| **25301 Notes Payable:Growth:4 Year 9%** | | 150,000.00 |
| **25302 Notes Payable:Growth:4 Year 9%:Accrued Interest** | | 11,250.00 |
| **25303 Notes Payable:Growth:6 Year 10%** | | 36,622.23 |
| **25304 Notes Payable:Growth:6 Year 10%:Accrued Interest** | | 21,848.35 |
| **25305 Notes Payable:Growth:5 Year 9%** | | 3,274,820.85 |
| **25306 Notes Payable:Growth:5 Year 9%:Accrued Interest** | | 1,028,738.15 |
| **25307 Notes Payable:Growth:5 Year 8%** | | 10,814,421.83 |
| **25308 Notes Payable:Growth:5 Year 8%:Accrued Interest** | | 1,118,220.00 |
| **25309 Notes Payable:Growth:4 Year 8%** | | 25,000.00 |
| **25310 Notes Payable:Growth:4 Year 8%:Accrued Interest** | | 2,000.02 |
| **25311 Notes Payable:Growth:3 Year 7%** | | 681,200.00 |
| **25312 Notes Payable:Growth:3 Year 7%:Accrued Interest** | | 39,175.50 |
| **25600 Notes Payable:Heller Group** | | 1,500,000.00 |
| **25601 Notes Payable:Heller Group:Accrued Interest** | | 475,340.63 |
| **25700 Notes Payable:Heller Trust** | | 1,475,000.00 |
| **25701 Notes Payable:Heller Trust:Accrued Interest** | | 347,208.38 |
| **25800 Notes Payable:F&K Partners LLP** | | 115,866.43 |
| **27011 Intercompany Due to/From:AIM:Wire Transfers** | | 0.00 |
| **27012 Intercompany Due to/From:AIM:2021 Balance** | | 0.00 |
| **27031 Intercompany Due to/From:Oliphant Financial LLC:Wire Transfers** | | 0.00 |
| **27032 Intercompany Due to/From:Oliphant Financial LLC:2021 Balance** | | 0.00 |
| **27035 Intercompany Due to/From:Oliphant Financial LLC:OUSA Transfers** | | 0.00 |
| **27036 Intercompany Due to/From:Oliphant Financial LLC:Note Payable Payments** | | 0.00 |
| **27037 Intercompany Due to/From:Oliphant Financial LLC:Lending Club Notes** | | 0.00 |
| **27038 Intercompany Due to/From:Oliphant Financial LLC:Evine Notes** | | 0.00 |
| **27039 Intercompany Due to/From:Oliphant Financial LLC:CreditShop Notes** | | 0.00 |

**Trial Balance**

| | Debit | Credit |
|---|---|---|
| 27041 Intercompany Due to/From:Oliphant USA, LLC:Intercompany Transactions | | 0.00 |
| 27042 Intercompany Due to/From:Oliphant USA, LLC:2021 Balance | | 0.00 |
| 27043 Intercompany Due to/From:Oliphant USA, LLC:Wires | | 0.00 |
| 27052 Intercompany Due to/From:Oliphant United Inc.:2021 Balance | | 0.00 |
| 27055 Intercompany Due to/From:Oliphant United Inc.:Transfers | | 0.00 |
| 27060 Intercompany Due to/From:Oliphant Inc. | | 0.00 |
| 29030 Intercompany Due to / (From):Inc/CAG | | 3,888,991.10 |
| 29220 Intercompany Due to / (From):United/CAG | 9,497,453.50 | |
| 29315 Intercompany Due to / (From):AIM/CAG | 27,748,529.49 | |
| 29410 Intercompany Due to / (From):OF/CAG | | 239,710.80 |
| 29505 Intercompany Due to / (From):OUSA/CAG | 5,498,903.70 | |
| Due to other | | 0.00 |
| 32000 Member Draws | 5,651,684.69 | |
| 33000 Additional Paid in Capital | | 1,016,718.00 |
| Federal estimated taxes | 10,885.00 | |
| Opening balance equity | | 0.00 |
| Retained Earnings | 26,284,957.26 | |
| State estimated taxes | 37,948.47 | |
| 40300 Gross Remits | | 1,977,375.99 |
| 50101 Cost of Sales:Internal Collection Costs:Court Costs | 51,804.60 | |
| 50102 Cost of Sales:Internal Collection Costs:Agency/Collect Legal Fees | 394,219.09 | |
| 50105 Cost of Sales:Internal Collection Costs:Merchant Processing Fees | 1,792.09 | |
| 50107 Cost of Sales:Internal Collection Costs:Legal Cost Defend/Litigate | 40,871.37 | |
| 51005 Cost of Sales:Servicing Fee Costs:CAG Servicing Fees | 407,689.00 | |
| Internal Collection Costs:Legal Cost Defend/Litigate | 14,202.59 | |
| 67001 Computer/IT Services | 14,651.09 | |
| 67005 Legal fees | 21,224.25 | |
| 67010 Professional Fees Accounting | 16,784.49 | |
| 67015 Banking and Insurance Fees | 0.00 | |
| Bank Charges & Fees | 1,280.82 | |
| Business Licenses & Bonds | 8,926.33 | |
| Dues & Subscriptions | 177,956.40 | |
| Insurance | 70,471.57 | |
| Insurance:D&O and E&O | 52,945.47 | |
| Office Costs:Rent & Lease (including sales tax) | 30,021.60 | |
| Service Providers:Legal Fees | 24,576.00 | |
| Service Providers:Professional Fees | 135.00 | |
| Interest Expense | 1,073.85 | |
| **TOTAL** | **$ 110,485,926.17** | **$ 110,485,926.17** |

SCHEDULE A.62

| State ID | State Name | 12/31/2025 | COA / Registration # | Annual Report / Registration Due Date | Annual Report Due w/in 60 Days? | Surety Bond Required | Bond Name | Surety Bond # | Bond Amount | Surety Bond Exp Date | Surety Bond Renewal in 60 Days? | License Req | License # | License Exp Data | License Renewal w/in 60 Days? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | Alabama | General | 026-879 | | | Not Required | | | | | | No | Not Required | | |
| AK | Alaska | General | 10013576 | 10/2/2025 | Renew | Not Required | | | | | | No | Not Required | | |
| AZ | Arizona | No | R17438651 | | | Yes | Arizona Collection Agency Bond | 107543837 | $10,000 | 11/19/25 | Current | Collection Agency | CA-0925120 | 12/31/2024 | RESTRICTED STATE |
| | | Sales Finance License | | | | Not Required | | | | | | Sales Finance | SF-1002527 | 06/31/2022 | RESTRICTED STATE |
| AR | Arkansas | Registration | 811013685 | 5/1/2026 | Current | Yes | Arkansas Collection Agency Bond | 107543834 | $25,000 | 11/19/25 | Current | Collection Agency | 4665 | 6/30/2026 | Current |
| CA | California | Yes | 201217010279 | 5/31/2026 | Current | Yes | California Debt Collection Bond (ESB) | 107568104 | | | | Collection Agency | 10277-99 | 12/31/2025 | Current |
| | Colorado | General | 20121059572 | 1/31/2026 | Current | Yes | | | | | | Collection Agency | CAR-1000199 | 7/1/2025 | RESTRICTED STATE |
| | | SL License Annual Report | SUP-4000176 | 6/1/2025 | RESTRICTED STATE | Yes | Colorado Supervised Lender Bond | 107543845 | $25,000 | 11/19/25 | Current | Supervised Lender | SUP-4000176 | 7/1/2025 | RESTRICTED STATE |
| CT | Connecticut | General | 1064287 | 3/31/2026 | Current | Yes | Connecticut Collection Agency Bond (ESB) | 107543922 | $25,000 | 11/19/25 | Current | Collection Agency | CCA-1114880 | 12/31/2023 | RESTRICTED STATE |
| | | Sales Finance License | | | | Not Required | | | | | | Sales Finance | SFC-1114880 | 12/31/2023 | RESTRICTED STATE |
| DC | Washington D.C. | General | L00004533607 | 4/1/2026 | Current | Not Required | | | | | | Collection Agency | 400325804645 | 2/28/2027 | Current |
| DE | Delaware | Yes | 2012606326 | 12/31/2025 | Current | Not Required | | | | | | Collection Agency | 201266326 | 12/31/2025 | Current |
| FL | Florida | Registration | M12000001408 | 1/31/2026 | Current | Not Required | | | | | | Collection Agency | CCA9902723 | 12/31/2025 | Current |
| GA | Georgia | No | 12024302 | 1/31/2026 | Current | Not Required | | | | | | No | Not Required | | |
| HI | Hawaii | General | 94387 C6 | 1/31/2026 | Current | Yes | Hawaii Collection Agency Bond | 107543855 | $25,000 | 11/19/25 | Current | Collection Agency | COLA-574 | 6/30/2026 | Current |
| ID | Idaho | General | W111844 | 3/31/2026 | Current | Yes | Idaho Collection Agency Bond (ESB) | 107543923 | $15,000 | 11/19/25 | Current | Collection Agency | CCA-9995 | 12/31/2025 | Current |
| | | FL Annual Report | RRL-10329 | 5/31/2026 | Current | Not Required | | | | | | Regulated Lender | RRL-10329 | 12/31/2025 | Current |
| IL | Illinois | General | 3847039 | 3/1/2026 | Current | Yes | Illinois Consumer Installment Loan Act Bond | 107543924 | $25,000 | 11/19/25 | Current | Collection Agency | 017.021828 | 12/31/2025 | Current |
| IL | Chicago | | | | | Not Required | | | | | | Regulated Business | 2845276 | 07/15/2027 | Current |
| IN | Indiana | Registration | 2012031200875 | 3/31/2026 | Current | Yes | Indiana Collection Agency Bond (ESB) | 107543926 | $5,000 | 11/19/25 | Current | Collection Agency | 1114880 | 12/31/2025 | Current |
| IA | Iowa | Registration | 489FLC-433147 | 1/31/2026 | Current | Yes | Iowa Loan Company License Bond | 107543444 | $25,000 | 11/19/25 | Current | Debt Collector Notification | | 1/31/2026 | Current |
| | | Master Loan Company Registration | | | | Not Required | | | | | | Master Loan Company Registration | 88893587 | 12/31/2026 | Current |
| KS | Kansas | Registration | 4596144 | 4/15/2026 | Current | Not Required | | | | | | Supervised Lender | | | RESTRICTED STATE |
| KY | Kentucky | No | 824057 | 4/1/2026 | Current | Not Required | | | | | | No | Not Required | | |
| ME | Maine | Registration | 20120562FC | 4/1/2026 | Current | Yes | | | | | | Lender License | 1114880 | 12/31/2025 | Current |
| | | | | | | Yes | Maine Debt Collector / Repossession Bond | 107543930 | $20,000.00 | 11/19/2025 | Current | Collection Agency | DCL12624 | 12/31/2024 | RESTRICTED STATE |
| | | | | | | Yes | Maine Supervised Lender Bond | 107543929 | $50,000.00 | 11/19/2025 | Current | Supervised Lender | 1114880 | 12/31/2025 | Current |
| MD | Maryland | General | Z14590145 | 4/15/2026 | Current | Yes | Maryland Collection Agency Bond (ESB) | 107543927 | $50,000.00 | 11/19/2025 | Current | Collection Agency | 04-6372 | 12/31/2025 | Current |
| | | | | | | Yes | Maryland Consumer Loan Bond (ESB) | 107543928 | $50,000.00 | 11/19/2025 | Current | Consumer Loan | 1661 | 12/31/2024 | RESTRICTED STATE |
| | | | | | | Not Required | | | | | | Sales Finance | 1114880 | 12/31/2025 | Current |
| MA | Massachusetts | General | 1083855 | 7/28/2025 | Renew | Yes | | | | | | Yes | | | RESTRICTED STATE |
| MI | Michigan | General | 801874978 | 2/15/2026 | Current | Yes | Michigan Collection Agency Bond | 107543931 | $10,000 | 11/19/25 | Current | Collection Agency | 2401002610 | 1/31/2026 | Current |
| | Coll. Manager | | | | | Not Required | | | | | | | 2402002592 | 1/31/2026 | Current |
| MN | Minnesota | General | 477639200024 | 12/31/2025 | Current | Yes | Minnesota Collection Agency Bond | 107543932 | $50,000 | 11/19/25 | Current | Collection Agency | 40348950 | 6/30/2026 | Current |
| | | | | | | Not Required | | | | | | Motor Vehicle Sales Finance | MN-MV-1114880 | 12/31/2025 | Current |
| | | | | | | Not Required | | | | | | Regulated Lender | MN-RL-1114880 | 12/31/2023 | RESTRICTED STATE |
| MS | Mississippi | General | 998213 | 1/31/2026 | Current | Not Required | | | | | | No | Not Required | | |
| MO | Missouri | General | FL1212273 | | | Not Required | | | | | | No | Not Required | | |
| MT | Montana | General | E065377 | 01/31/26 | Current | Not Required | | | | | | Consumer Loan | 1114880 | 12/31/2025 | Current |
| | | | | | | Not Required | | | | | | Sales Finance | 1114880 | 12/31/2025 | Current |
| NC | North Carolina | General | 1254362 | 4/15/2026 | Current | Yes | North Carolina Foreign Bond #1 | 107543933 | $30,000 | 06/30/26 | Current | Collection Agency | 119505626 | Surrendered | RESTRICTED STATE |
| ND | North Dakota | General | 116479 | 11/15/2025 | Current | Yes | North Dakota Bond (ESB) | 107543935 | $50,000 | 11/19/25 | Current | Collection Agency | CA102510 | 12/31/2023 | RESTRICTED STATE |
| NE | Nebraska | General | 10159279 | 2/15/2026 | Current | Not Required | | | | | | Installment Loan Company | | | RESTRICTED STATE |
| NV | Nevada | Business License | NV2013164724 | 11/30/2025 | Current | Yes | Nevada Collection Agency Bond (ESB) | 107543938 | $35,000 | 11/19/25 | Current | Collection Agency | | | RESTRICTED STATE |
| | | Annual List of Managers | E0548502013-0 | 11/30/2025 | Current | Not Required | | | | | | Business License | | 11/30/2025 | Current |
| NH | New Hampshire | General | 667457 | 1/31/2026 | Current | Not Required | | | | | | No | Not Required | | |
| NJ | New Jersey | Registration | 400485809 | 4/1/2026 | Current | Yes | New Jersey Collection Agency Bond | 107543936 | $5,000 | 11/19/25 | Current | Sales Finance | 1803761 | 6/30/2025 | RESTRICTED STATE |
| | | | | | | Not Required | | | | | | Consumer Lending | | | RESTRICTED STATE |
| NM | New Mexico | Registration | 4585690 | N/A | Perpetual | Yes | New Mexico Collection Agency Bond | 107543937 | $5,000 | 12/31/25 | Current | Collection Agency | 01668 | 12/31/2023 | RESTRICTED STATE |
| | | | | | | Not Required | | | | | | Motor Vehicle License | | 12/31/2025 | Current |
| NY | New York (State) | Registration | 4224224 | 3/1/2026 | Current | Not Required | | | | | | No | Not Required | | |
| NY | New York City | General | 1462908-DCA | 1/31/2027 | Current | Not Required | | | | | | Collection Agency | 1462908-DCA | 1/31/2027 | Current |
| NY | City of Yonkers | No | | | | Not Required | | | | | | Collection Agency | 9007 | 5/31/2025 | RESTRICTED |
| NY | City of Buffalo | Registration | | | | Yes | City of Buffalo, NY Collection Agency Bond | 107543939 | $5,000 | 09/30/25 | Renew | Collection Agency | CAG12-10024155 | 9/30/2026 | Current |
| OH | Ohio | General | 2085250 | | | Not Required | | | | | | No | Not Required | | |
| OK | Oklahoma | Registration | 3712350277 | | | Yes | Oklahoma Supervised Lender Bond | 107543940 | $5,000 | 11/19/25 | Current | Supervised Lender | SL008665 | 12/31/2025 | Current |
| OR | Oregon | Registration | 840905-97 | 3/1/2026 | Current | Yes | Oregon Collection Agency Bond (ESB) | 107543941 | $15,000 | 11/19/25 | Current | Debt Buyer | DB-19 | 12/31/2025 | Current |
| PR | Puerto Rico | Registration | 340419 | 4/15/2026 | Current | Yes | | | | | | | | | RESTRICTED STATE |
| | | | | | | Yes | | | | | | Consumer Discount | 76395 | 5/31/2024 | SURRENDERED |
| PA | Pennsylvania | | | | | Yes | | | | | | Collector Repossessor | 44672 | 9/30/2024 | SURRENDERED |

| State ID | State Name | 12/31/2025 | COA / Registration # | Annual Report / Registration Due Date | Annual Report Due w/in 60 Days? | Surety Bond Required | Bond Name | Surety Bond # | Bond Amount | Surety Bond Exp Date | Surety Bond Renew w/in 60 Days? | License Req | License # | License Exp Data | License Renewal w/in 60 Days? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Yes | | | | | | Sales Finance | 68657 | 9/30/2023 | SURRENDERED |
| RI | Rhode Island | Registration | 788631 | 3/1/2026 | Current | Yes | Rhode Island Debt Collector Bond (ESB) | | | | | Collection Agency | 20121169DC | 12/31/2023 | RESTRICTED STATE |
| SC | South Carolina | Supervised Lender License | SL Annual Report | 4/15/2026 | Current | Not Required | | | | | | Supervised Lender | SL-1114880 | 12/31/2025 | Current |
| | | | | | | Not Required | | | | | | Consumer Credit Grantor | CGC-152690 | 01/31/2024 | RESTRICTED STATE |
| SD | South Dakota | | FL006196 | 3/1/2026 | Current | Yes | South Dakota Money Lender Bond (ESB) | 107543945 | $10,000 | 11/19/25 | Current | Money Lender | 1114880.MYL | 12/31/2023 | RESTRICTED STATE |
| TN | Tennessee | Registration | 681490 | 1/31/2026 | Current | Yes | Tennessee Collection Service Bond | 107543946 | $25,000 | 11/19/25 | Current | Collection Agency | 1423 | 05/01/2025 | SURRENDERED |
| TX | Texas | Registration | 801543325 | | | Yes | Texas Third Party Debt Collector Bond | 107543947 | $10,000 | 11/19/25 | Current | Regulated Lender | | | RESTRICTED STATE |
| | | TX Dialer Permit | | | | Not Required | | | | | | ADAD | 130026 | 7/19/2025 | EXPIRED |
| | | TX Motor Vehicle | | | | Not Required | | | | | | Motor Vehicle Sales | 18208-66483 | 12/31/2025 | Current |
| UT | Utah | Registration | 8274588-0161 | 1/31/2026 | Current | Yes | Utah Bond | 107543948 | $10,000 | 11/19/25 | Current | Consumer Credit Notification | | 12/31/2025 | Current |
| VT | Vermont | No | 35719 | 1/31/2026 | Current | Not Required | | | | | | No | Not Required | | |
| VA | Virginia | General | T049730-7 | 4/30/2026 | Current | Not Required | | | | | | No | Not Required | | |
| WA | Washington (State) | Registration | 603192955 | 3/31/2026 | Current | Yes | Washington Collection Agency Bond | 107543949 | $5,000.00 | 11/19/25 | Current | Collection Agency | 603192955 | 3/31/2026 | Current |
| WV | West Virginia | General | UF000243425001 | 1/31/2026 | Current | Yes | West Virginia Collection Agency Bond | 20BSBGG4302 | $5,000 | 04/23/26 | Current | Collection Agency | 2267-2002 | Permanent | |
| WI | Wisonsin | Registration | C081859 | 4/15/2026 | Current | Not Required | | | | | | Consumer Act Registration | | 02/28/2026 | Current |
| | | | | | | Not Required | | | | | | Loan Company | | | RESTRICTED STATE |
| WY | Wyoming | General | 2012-00619305 | 1/31/2026 | Current | Yes | Wyoming Collection Agency Bond (ESB) | 107802833 | $10,000.00 | 03/16/26 | Current | Collection Agency | NOT Licensed | | RESTRICTED STATE |
| | | CL Notification Report | CL-4115 | 01/31/2026 | Current | Not Required | | | | | | Consumer Lender | CL-4115 | 12/31/2025 | Current |