# EXHIBIT 10

IN THE UNITED STATES BANKRUPTCY
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>COLLINS ASSET GROUP, LLC,<br>  DEBTOR. | §<br>§<br>§<br>§<br>§ | CHAPTER 7: CASE NO. 25-51660-CAG |
| JUDY A. MUSGROVE, INDIVIDUALLY AND AS BENEFICIARY OF THE MAINSTAR TRUST, CUST. FBO JUDY A MUSGROVE IRA, ET AL.,<br>  PLAINTIFFS,<br><br>V.<br><br>BROOKLYNN CHANDLER WILLY, ET. AL.<br>  DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADV. PROC. NO. 25-05047-CAG<br><br>REMOVED FROM THE 438TH JUDICIAL DISTRICT COURT, BEXAR COUNTY, TEXAS CASE NO. 2023-CI-22575 |
| JOHN PATRICK LOWE IN HIS CAPACITY AS COURT APPOINTED RECEIVER,<br>  PLAINTIFF,<br><br>V.<br><br>COLLINS ASSET GROUP, LLC, ET AL.,<br>  DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## TRUSTEE'S EX PARTE CONSENT MOTION TO SUBSTITUTE AS PROPER PARTY PLAINTIFF

TO THE HONORABLE CRAIG A. GARGOTTA, U.S. CHIEF BANKRUPTCY JUDGE:

The duly appointed and acting Chapter 7 trustee, Ron Satija (the "Trustee"), respectfully moves the Court, on an ex parte consent basis, for entry of an order substituting the Trustee as the proper party plaintiff for certain estate-owned claims currently asserted by John Patrick Lowe, in his capacity as Court Appointed Receiver (the "Receiver"), in

1

this adversary proceeding. In support of this Motion, the Trustee respectfully states as follows:

## INTRODUCTION

1.      The Trustee seeks entry of an order substituting the Trustee in the place of the Receiver as the proper party plaintiff for those certain estate-owned claims and causes of action identified below.

2.      Substitution is appropriate under Federal Rule of Civil Procedure 25(c), made applicable by Federal Rule of Bankruptcy Procedure 7025, and will align the asserted claims with the real party in interest, thereby avoiding any confusion regarding standing.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over this Motion and the Adversary Proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

4.      This case was initiated on October 18, 2023, by Judy A. Musgrove, individually and as beneficiary of the Mainstar Trust, Cust. FBO Judy A. Musgrove IRA, et al. (the "Ferrum Plaintiffs"), asserting claims against the Debtor, Collins Asset Group, LLC (the "Debtor" or "Collins"), and other defendants in the 438th Judicial District Court, Bexar County, Texas.

5.      On September 10, 2024, the Receiver filed his initial Petition in the Ferrum Plaintiffs' state court proceeding. On March 17, 2025, the Receiver filed his First Amended Petition in that proceeding (the "Ferrum Parties State Court Proceeding").

6. The Debtor and its owner, Hollins Holdings, Inc. ("Hollins"), filed voluntary petitions in Delaware under Chapter 7 of the Bankruptcy Code on June 4, 2025 (the "Bankruptcy Cases"). The Bankruptcy Cases were subsequently transferred to this Court on July 25, 2025. The Trustee was duly appointed and is the acting trustee of the Collins and Hollins estates.

7. On June 6, 2025, the Ferrum Parties State Court Proceeding was removed to this Court by certain defendants named therein—namely, Oliphant, Inc., Accelerated Inventory Management, LLC, Oliphant Financial LLC, and Oliphant USA, LLC (collectively, the "Oliphant Defendants")—and assigned Adversary Proceeding No. 25-05047-CAG (the "Adversary Proceeding").

8. On March 26, 2026, the Receiver filed a Second Amended Complaint in this Adversary Proceeding alleging nine causes of action. Counts Six through Nine, asserted against the Oliphant Defendants and Metropolitan Partners Group Administration, LLC, are property of the Debtor's bankruptcy estate (the "Estate Claims").

9. By this Motion, the Trustee seeks to be substituted as the proper party plaintiff for the Estate Claims—specifically, Counts Six through Nine—against Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant Inc., Accelerated Inventory Management, LLC, Tesota, LLC, and Metropolitan Partners Group Administration, LLC.

## APPLICABLE LEGAL AUTHORITY

10. Federal Rule of Civil Procedure 25(c), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7025, provides that "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion,

orders the transferee to be substituted in the action or joined with the original party." Fed. R. Civ. P. 25(c).

11. Upon the filing of a bankruptcy petition, all legal and equitable interests of the debtor become property of the bankruptcy estate. 11 U.S.C. § 541(a)(1). The Chapter 7 trustee, as representative of the estate, has the exclusive authority to pursue claims belonging to the estate. 11 U.S.C. § 323(a)-(b).

12. Substitution under Rule 25(c) is appropriate where, as here, the interest in the claims at issue has been transferred to the estate by operation of law and the Trustee, as the estate's representative, is the real party in interest. *See* Fed. R. Civ. P. 17(a)(1).

13. As the duly appointed representative of the estate, the Trustee herein has the exclusive capacity and standing to prosecute the Estate Claims on behalf of the estate. Substitution of the Trustee as the proper party plaintiff is warranted to ensure that the Estate Claims are prosecuted by their rightful representative.

## CONSENT

14. The Trustee has conferred with counsel for the Receiver, who consents to the relief requested herein. No other party's consent is required for the relief sought.

## RESERVATION OF RIGHTS

15. The Trustee reserves all rights to supplement and amend the allegations asserted in the Estate Claims, to add or remove defendants, to seek additional relief, and to sever his claims as appropriate.

## PRAYER

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order: (a) granting this Motion; (b) substituting Ron Satija, in his capacity as Chapter 7 Trustee, as the proper party plaintiff for the Estate Claims identified herein; and (c) granting such other and further relief as the Court deems just and proper.

Dated: March 27, 2026

Respectfully submitted,

*/s/Alicia M. Bendana*
Alicia M. Bendana (Tex. Bar No. 24127388)
Gabriel J. Winsberg, Admitted Pro Hac Vice
**FISHMAN HAYGOOD, L.L.P.**
201 St. Charles Avenue, Suite 4600
New Orleans, Louisiana 70170-4600
Telephone: 504-586-5254
E-mail: abendana@fishmanhaygood.com
          gwinsberg@fishmanhaygood.com
*Counsel for Ron Satija, Chapter 7 Trustee*

## CERTIFICATE OF CONFERENCE

I certify that on March 27, 2026, I conferred with counsel for the Receiver, who stated that the Receiver consents to and does not oppose this Motion.

*/s/ Alicia M. Bendana*
Alicia M. Bendana

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, a true and correct copy of the above and foregoing Motion was served on all counsel of record VIA ECF/CMF:

- **Kerry Alleyne-Simmons**   kalleyne@pulmanlaw.com, mvilla@pulmanlaw.com
- **Alicia Bendana**   abendana@fishmanhaygood.com, rmichel@fishmanhaygood.com;iatkinson@fishmanhaygood.com

- **Jason Bradley Binford**    jbinford@krcl.com, ajezisek@krcl.com
- **Josh Frost**    jfrost@lubbocklawfirm.com
- **Allison Sarah Hartry**    ahartry@themoralesfirm.com
- **Royal B. Lea**    royal@royallealaw.com, jennifer@royallealaw.com
- **Eugene Xerxes Martin**    xmartin@mgl.law, twallace@mgl.law
- **Evan T. Miller**    evan.miller@saul.com,
  robyn.warren@saul.com;sean.kenny@saul.com
- **Randall A. Pulman**    rpulman@pulmanlaw.com,
  jgonzales@pulmanlaw.com;mvilla@pulmanlaw.com
- **Shari P. Pulman**    spulman@pulmanlaw.com, pcarter@pulmanlaw.com
- **Michael P. Ridulfo**    mridulfo@krcl.com,
  scallier@krcl.com;mridulfo@ecf.courtdrive.com
- **Abigail Rogers**    arogers@krcl.com
- **David Philip Whittlesey**    david.whittlesey@aoshearman.com,
  ashley.duncum@aoshearman.com,managing-attorney-
  5081@ecf.pacerpro.com,manattyoffice@shearman.com

I also caused same to be served via first class U.S. mail, postage prepaid to the

following on March 27, 2026:

Yusuf A. Bajwa
Sanders Bajwa LLP
919 Congress
Suite 1305
Austin, TX 78701

George L. Miller, Chapter 7 Trustee
c/o Saul Ewing LLP-Evan T. Miller, Esq.
1201 N Market St, Suite 2300
PO Box 1266
Wilmington, DE 19899

Jonathan M. Robbin
J. Robbin Law
200 Business Park Drive
Armonk, NY 10504

Lad Stricker
Sanders Bajwa LLP
919 Congress
Suite 1305
Austin, TX 78701

United States Trustee
615 E Houston St #533
PO Box 1539
San Antonio, TX 78295-1539

I also caused same to be served via email to the following on March 27, 2026:

Bradley Hancock (brad.hancock@hklaw.com)

Kristi Soppet (Kristi.soppet@hklaw.com)

/s/ Alicia M. Bendana
Alicia M. Bendana