# EXHIBIT 11



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 30, 2026.**

_____
**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE:<br>COLLINS ASSET GROUP, LLC,<br>    DEBTOR. | § § § | CHAPTER 7: CASE NO. 25-51660-CAG |
| JUDY A. MUSGROVE, INDIVIDUALLY AND AS BENEFICIARY OF THE MAINSTAR TRUST, CUST. FBO JUDY A MUSGROVE IRA, ET AL.,<br>    PLAINTIFFS,<br><br>V.<br><br>BROOKLYNN CHANDLER WILLY, ET. AL.<br>    DEFENDANTS. | § § § § § § § § § § § | ADV. PROC. NO. 25-05047-CAG<br><br>REMOVED FROM THE 438TH JUDICIAL DISTRICT COURT, BEXAR COUNTY, TEXAS CASE NO. 2023-CI-22575 |
| JOHN PATRICK LOWE IN HIS CAPACITY AS COURT APPOINTED RECEIVER,<br>    PLAINTIFF,<br><br>V.<br><br>COLLINS ASSET GROUP, LLC, ET AL.,<br>    DEFENDANTS. | § § § § § § § § § | |

**ORDER GRANTING TRUSTEE'S EX PARTE CONSENT
MOTION TO SUBSTITUTE AS PROPER PARTY PLAINTIFF**

1

Came for consideration is the Trustee's Ex Parte Consent Motion to Substitute as Proper Party Plaintiff (Doc. 106). The Court finds that the Motion should be GRANTED.

It is therefore ORDERED that Ron Satija, as Chapter 7 trustee, is SUBSTITUTED as the proper party plaintiff for following Estate Claims Asserted by Ferrum Receiver:

> Counts Six through Nine against Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant Inc., Accelerated Inventory Management, LLC, Tesota, LLC, and Metropolitan Partners Group Administration, LLC.

# # #

Submitted by:

Alicia M. Bendana
Gabriel J. Winsberg
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue
Ste 4600
New Orleans, LA 70170-4600
504-586-5252
504-586-5250 (fax)
abendana@fishmanhaygood.com
gwinsberg@fishmanhaygood.com