# EXHIBIT 13

# Holland & Knight

1722 Routh St., Suite 1500 | Dallas, Texas 75201 | T +1.214.964.9500 | F +1.214.964.9501
Holland & Knight LLP | www.hklaw.com

Jordan T. Koenig
+1 214-969-1461
Jordan.Koenig@hklaw.com

March 11, 2026

**VIA EMAIL (MRIDULFO@KRCL.COM; DBEHRENDS@DYKEMA.COM)**

Michael P. Ridulfo
Kane Russell Coleman Logan PC
5151 San Felipe Street, Suite 800
Houston, Texas 77056
mridulfo@krcl.com

Danielle Rushing Behrends
Dykema PLLC
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
DBehrends@dykema.com

Re:    25-51660-CAG – 4Q25 Funds Requested by Trustee

Dear Counsel,

As you are aware, we represent Metropolitan Partners Group ("Metropolitan") and certain related entities. We write in regard to the request from the Collins Asset Group, LLC ("CAG") Trustee for funds collected by Oliphant USA during the fourth quarter of 2025.

Metropolitan has recently initiated a lawsuit against Oliphant USA, LLC ("Oliphant") and two CAG lenders—Ferrum Capital, LLC ("Ferrum") and GrowthPlatforms, LLC ("Growth"). The onus of this lawsuit is that Oliphant overpaid remittances to Ferrum and Growth that should have been made to Metropolitan.

Metropolitan controls the Oliphant accounts that contain Oliphant's collections in connection with Ferrum and Growth, among other lenders. Metropolitan asserts that it has a right to withhold funds from these accounts as a setoff against monies owed to Metropolitan in connection with its pending claims against Oliphant, Ferrum, and Growth.

March 11, 2026
Page 2


Despite Metropolitan's right to a setoff, Metropolitan has made the transfer of $390,552.70 requested by the CAG Trustee. But Metropolitan does so under protest as Metropolitan is entitled to a setoff of at least $299,671.55 ("Setoff Amount") from the total payment.

Metropolitan thus requests that the CAG Trustee hold and do not further distribute the Setoff Amount to allow Metropolitan's claims to resolve. Notwithstanding this transfer, Metropolitan reserves all rights with regard to these funds and its outstanding claims against Oliphant, Ferrum, Growth, and any claims not yet asserted against these or any other parties.

Sincerely yours,

HOLLAND & KNIGHT LLP

Jordan T. Koenig