# EXHIBIT 16

# U.S. Bankruptcy Court
## Western District of Texas (San Antonio)
## Adversary Proceeding #: 25-05047-mmp

*Assigned to:* Bankruptcy Judge Michael M Parker          *Date Filed:* 06/06/25

*Lead BK Case:* 25-51660

*Lead BK Title:* Collins Asset Group, LLC and Metropolitan Partners
Group Administration, LLC

*Lead BK Chapter:* 7

*Demand:*

*Nature[s] of Suit:*  01 Determination of removed claim or cause
                       14 Recovery of money/property - other


## *Plaintiff*
----------------------

**Judy A. Musgrove**                        represented by **Kerry Alleyne-Simmons**
                                                           Pulman LeFlore Pullen & Reed LLP
                                                           2161 NW Military Highway #400
                                                           San Antonio, TX 78213
                                                           (210) 222-9494
                                                           Fax : (210) 892-1610
                                                           Email: kalleyne@pulmanlaw.com

                                                           **Randall A. Pulman**
                                                           Pulman LeFlore Pullen & Reed LLP
                                                           2161 NW Military Hwy, Suite 400
                                                           San Antonio, TX 78213
                                                           (210) 222-9494
                                                           Fax : (210) 892-1610
                                                           Email: rpulman@pulmanlaw.com

                                                           **Shari P. Pulman**
                                                           Pulman, Cappuccio, Pullen & Benson, LLP
                                                           2161 NW Military Hwy, Suite 400
                                                           San Antonio, TX 78213
                                                           210 222 9494
                                                           Fax : 210 892 1610
                                                           Email: spulman@pulmanlaw.com


## *Plaintiff*
-----------------------

**Kathleen E. Priebe**                      represented by **Kerry Alleyne-Simmons**
                                                           (See above for address)

                                                           **Randall A. Pulman**
                                                           (See above for address)

                                                           **Shari P. Pulman**
                                                           (See above for address)


## *Plaintiff*
-----------------------

**Martha Gomez**                            represented by **Kerry Alleyne-Simmons**
                                                           (See above for address)

**Randall A. Pulman**
(See above for address)

**Shari P. Pulman**
(See above for address)

*Plaintiff*
----------------------
Paul D. Sheetz                              represented by **Kerry Alleyne-Simmons**
                                            (See above for address)

                                            **Randall A. Pulman**
                                            (See above for address)

                                            **Shari P. Pulman**
                                            (See above for address)

*Plaintiff*
----------------------
Wanda Sheetz                                represented by **Randall A. Pulman**
                                            (See above for address)

*Plaintiff*
----------------------
Alvin Zigmond                               represented by **Randall A. Pulman**
                                            (See above for address)

*Plaintiff*
----------------------
Sharon Zigmond                              represented by **Randall A. Pulman**
                                            (See above for address)

*Plaintiff*
----------------------
Dan A. Doolittle                            represented by **Randall A. Pulman**
                                            (See above for address)

*Plaintiff*
----------------------
Kelly M. Doolittle                          represented by **Randall A. Pulman**
                                            (See above for address)

*Plaintiff*
----------------------
Carolyn Newman                              represented by **Randall A. Pulman**
                                            (See above for address)

*Plaintiff*
----------------------
Tammara Owrey                               represented by **Randall A. Pulman**

(See above for address)

*Plaintiff*
----------------------

**Travis Mitchell**                        represented by **Randall A. Pulman**
(See above for address)


*Plaintiff*
----------------------

**Donna Mitchell**                         represented by **Randall A. Pulman**
(See above for address)


*Plaintiff*
----------------------

**John Patrick Lowe**                      represented by **Royal B. Lea, III**
Royal Lea Law Office PLLC
1901 NW Military Hwy
Ste. 218
San Antonio, TX 78213
210-202-2394
Fax : 210-579-8484
Email: royal@royallealaw.com


*Plaintiff*
----------------------

**Mary Adams,** *Plaintiff*                represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP       (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------

**Jay R Adams,** *Plaintiff*               represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP       (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------

**Susan Blades,** *Plaintiff*              represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP       (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------

**Albert Blades,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Steven Bloyd,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Lorie Bass,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Michael Bass,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Susan Hunter,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Terry Hunter,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Maria Mayhew,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------
**Robert Mayhew,** *Plaintiff*    represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP    (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Richard Muzny,** *Plaintiff*    represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP    (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Barbara Muzny,** *Plaintiff*    represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP    (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Scotta Knight,** *Plaintiff*    represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP    (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Mason Coburn,** *Plaintiff*    represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP    (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Amanda Coburn,** *Plaintiff*    represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP    (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

----------------------

**Angela Sparks,** *Plaintiff*                                     represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                        (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------

**Randall Sparks,** *Plaintiff*                                    represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                        (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------

**John Ayers,** *Plaintiff*                                        represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                        (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------

**Justin St. Clair,** *Plaintiff*                                  represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                        (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------

**Jennifer McNabb,** *Plaintiff*                                   represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                        (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------

**Philip McNabb,** *Plaintiff*                                     represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                        (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------

**Mary Newton,** *Plaintiff*                                       represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                        (See above for address)

Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Tony Newton,** *Plaintiff*                                     represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                  (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Angela Beauchamp,** *Plaintiff*                               represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                  (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Debra Beauchamp,** *Plaintiff*                                represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                  (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Thomas Beauchamp,** *Plaintiff*                               represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                  (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Traci Beauchamp,** *Plaintiff*                                represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                  (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Anthony Beauchamp,** *Plaintiff*                              represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                  (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------

**Lennie J Mills,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Debra Rae Keesee,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Holly Boyd,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Michael Boyd,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Jay Adkins,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Nancy Burnett,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)

*Plaintiff*
----------------------

**Roland K Stanaland,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP

represented by **Randall A. Pulman**
(See above for address)

Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Gayle Reese, *Plaintiff***                                   represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                          (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Brent Couch, *Plaintiff***                                   represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                          (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Robert Cook, *Plaintiff***                                   represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                          (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**John Raver, *Plaintiff***                                   represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                          (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Pamela Herndon, *Plaintiff***                                   represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                          (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Cody Herndon, *Plaintiff***                                   represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                          (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

----------------------
**Errol Glenn Archer,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)


*Plaintiff*
----------------------
**Grace Strait,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)


*Plaintiff*
----------------------
**Dwain Strait,** *Plaintiff*
Pulman LeFlore Pullen & Reed
2161 NW Military Hwy., #400
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)


*Plaintiff*
----------------------
**Ross Rucker,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)


*Plaintiff*
----------------------
**Dennis Woods,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)


*Plaintiff*
----------------------
**Irma Alonzo,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

represented by **Randall A. Pulman**
(See above for address)


*Plaintiff*
----------------------
**Jane Schnell,** *Plaintiff*
c/o Pulman LeFlore Pullen & Reed LLP

represented by **Randall A. Pulman**
(See above for address)

Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Greg Schnell,** *Plaintiff*                                      represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                               (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Donald Lee Woods,** *Plaintiff*                                  represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                               (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Shelley Lee,** *Plaintiff*                                       represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                               (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Steve Nicholson,** *Plaintiff*                                   represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                               (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Angelyn Nicholson,** *Plaintiff*                                 represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                               (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Zoraida Kaczorowski,** *Plaintiff*                               represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                               (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Norman Kaczorowski,** *Plaintiff*

represented by **Randall A. Pulman**
(See above for address)

c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Cody York,** *Plaintiff*

represented by **Randall A. Pulman**
(See above for address)

c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Vickie York,** *Plaintiff*

represented by **Randall A. Pulman**
(See above for address)

c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Tommy York,** *Plaintiff*

represented by **Randall A. Pulman**
(See above for address)

c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Juanita Clary,** *Plaintiff*

represented by **Randall A. Pulman**
(See above for address)

c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Sally McBee,** *Plaintiff*

represented by **Randall A. Pulman**
(See above for address)

c/o Pulman LeFlore Pullen & Reed LLP
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Mi Hui Turco,** *Plaintiff*

represented by **Randall A. Pulman**
(See above for address)

c/o Pulman LeFlore Pullen & Reed LLP

Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------
**Donald Turco,** *Plaintiff*                                              represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                              (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Diane Durant,** *Plaintiff*                                              represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                              (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Kevin Bennett,** *Plaintiff*                                              represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                              (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Linda Doubrava,** *Plaintiff*                                              represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                              (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Edward Nicolas,** *Plaintiff*                                              represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                              (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------
**Mark and Melissa Aerts,** *Plaintiff*                                              represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                                              (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States

*Plaintiff*
----------------------

**Laurie Del Negro,** *Plaintiff*                    represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                         (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213
United States


*Plaintiff*
----------------------

**Arthur Del Negro,** *Plaintiff*                    represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                         (See above for address)
Attn: Randall A. Pulman
San Antonio, TX 78213


*Plaintiff*
----------------------

**Barbara Gibson,** *Plaintiff*                      represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                         (See above for address)
Attn: Randall A. Pulman
2161 NW Military Hwy., Ste. 400
San Antonio, TX 78213


*Plaintiff*
----------------------

**Michael Gibson,** *Plaintiff*                      represented by **Randall A. Pulman**
c/o Pulman LeFlore Pullen & Reed LLP                         (See above for address)
Attn: Randall A .Pulman
2161 NW Military Hwy., Ste. 400
San Antonio, TX 78213


*Plaintiff*
----------------------

**Ron Satija**                                       represented by **Ron Satija**
c/o Brian Cumings                                             PRO SE
401 Congress Ave.
Suite 2200
Austin, TX 78701
512.480.5626


V.


*Defendant*
----------------------

**Brooklyn Chandler Willy**                          represented by **Brooklyn Chandler Willy**
                                                             PRO SE


*Defendant*
----------------------

Queen B Advisors, LLC, *Queen B Advisors, LLC d/b/a Texas Financial Advisory*

represented by **Queen B Advisors, LLC**
PRO SE

*Defendant*
----------------------

**Ferrum Capital, LLC**

represented by **Ferrum Capital, LLC**
PRO SE

*Defendant*
----------------------

**Ferrum IV, LLC**

represented by **Ferrum IV, LLC**
PRO SE

*Defendant*
----------------------

**Mike L. Cox**

represented by **Mike L. Cox**
PRO SE

*Defendant*
----------------------

**Joshua L. Allen**

represented by **Josh Frost**
Field Manning Stone Aycock
2112 Indiana Ave
Lubbock, TX 79410
806-792-0810
Email: jfrost@lubbocklawfirm.com

*Defendant*
----------------------

**Collins Asset Group, LLC**
Suite 102
6001 W. William Cannon Dr
Austin, TX 78749
Tax ID / EIN: 37-1653148

represented by **Eugene Xerxes Martin, IV**
Martin Golden Lyons Watts Morgan PLLC
8750 N. Central Expressway
NorthPark Central, Suite 1850
Dallas, TX 75231
214-346-2630
Fax : 214-346-2631
Email: xmartin@mgl.law

*Defendant*
----------------------

**Oliphant Financial, LLC**

represented by **Jason Bradley Binford**
Kane Russell Coleman Logan
401 Congress Avenue #2100
Austin, TX 78701
512-487-6566

Email: jbinford@krcl.com

**Michael P. Ridulfo**
Kane Russell Coleman Logan
5151 San Felipe, Suite 800
Houston, TX 77056
713-425-7442
Fax : 713-425-7700
Email: mridulfo@krcl.com

**Abigail Rogers**
Kane Russell Coleman Logan PC
401 Congress Avenue
Suite 2100
Austin, TX 78701
512-487-6574
Email: arogers@krcl.com

*Defendant*
----------------------
**Walt Collins**                                    represented by **Yusuf A. Bajwa**
Sanders Bajwa LLP
919 Congress
Suite 1305
Austin, TX 78701
512-535-5220
Email: ybajwa@sandersbajwa.com

**Jonathan M. Robbin**
J. Robbin Law
200 Business Park Drive
Armonk, NY 10504
914-685-5015
Email: jonathan.robbin@jrobbinlaw.com

**Lad Stricker**
Sanders Bajwa LLP
919 Congress
Suite 1305
Austin, TX 78701
512-535-5220
Email: lstricker@sandersbajwa.com

**David Philip Whittlesey**
Allen Overy Shearman Sterling US LLP
300 W. 6th Street
Ste 2250
Austin, TX 78701
512-647-1900
Email: david.whittlesey@aoshearman.com

*Defendant*
----------------------
**Ryan Project Funding LLC**                        represented by **Ryan Project Funding LLC**
PRO SE

*Defendant*
----------------------
**Oliphant USA, LLC**                                represented by **Jason Bradley Binford**
                                                     (See above for address)

                                                     **Michael P. Ridulfo**
                                                     (See above for address)

                                                     **Abigail Rogers**
                                                     (See above for address)


*Defendant*
----------------------
**Accelerated Inventory Management LLC**             represented by **Jason Bradley Binford**
                                                     (See above for address)

                                                     **Michael P. Ridulfo**
                                                     (See above for address)

                                                     **Abigail Rogers**
                                                     (See above for address)


*Defendant*
----------------------
**Hollins Holdings**                                 represented by **Hollins Holdings**
                                                     PRO SE


*Defendant*
----------------------
**Hollins Holdings LLC**                             represented by **Hollins Holdings LLC**
                                                     PRO SE


*Defendant*
----------------------
**Yvette Barrera**                                   represented by **Allison Sarah Hartry**
                                                     The Morales Firm, P.C.
                                                     6243 IH-10 West, Suite 132
                                                     San Antonio, TX 78201
                                                     210-225-0811
                                                     Email: ahartry@themoralesfirm.com


*Defendant*
----------------------
**Oliphant United, Inc.**                            represented by **Michael P. Ridulfo**
                                                     (See above for address)

**Defendant**
----------------------
**Oliphant, Inc.**                                                  represented by **Michael P. Ridulfo**
                                                                    (See above for address)


**Defendant**
----------------------
**Tesota LLC**                                                      represented by **Tesota LLC**
                                                                    PRO SE




**Defendant**
----------------------
**Metropolitan Partners Group Administration LLC**    represented by **Christopher A Bailey**
                                                                    Holland & Knight LLP
                                                                    1722 Routh Street
                                                                    Suite 1500
                                                                    Dallas, TX 75201
                                                                    214-969-1784
                                                                    Fax : 214-964-9501
                                                                    Email: christopher.bailey@hklaw.com

                                                                    **L. Bradley Hancock**
                                                                    Holland & Knight LLP
                                                                    811 Main Street
                                                                    Suite 2500
                                                                    Houston, TX 77002
                                                                    713-244-6868
                                                                    Fax : 713-821-7001
                                                                    Email: brad.hancock@hklaw.com


**Trustee**
----------------------
**George L. Miller, Chapter 7 Trustee**                represented by **Evan T. Miller**
c/o Saul Ewing LLP-Evan T. Miller, Esq.                             Saul Ewing LLP
1201 N Market St, Suite 2300                                        1201 N. Market Street, Suite 2300
PO Box 1266                                                         PO Box 1266
Wilmington, DE 19899                                                Wilmington, DE 19801
                                                                    (302) 421-6864
                                                                    Email: evan.miller@saul.com

| Filing Date | # | Docket Text |
|---|---|---|
| 06/06/2025 | 1<br>(2267 pgs; 20 docs) | Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC ( Filing Fee: $ 350.00 ) (Nature(s) of Suit:(01 |

| | | |
|---|---|---|
| | | (Determination of removed claim or cause)),(14 (Recovery of money/property - other))). (Attachments: # 1 Adversary Coversheet # 2 Exhibit A - Receiver's First Amended Petition # 3 Exhibit B Part 1 - State Court Filings # 4 Exhibit B Part 2 - State Court Filings # 5 Exhibit B Part 3 - State Court Filings # 6 Exhibit B Part 4 - State Court Filings # 7 Exhibit B Part 5 - State Court Filings # 8 Exhibit B Part 6 - State Court Filings # 9 Exhibit B Part 7 - State Court Filings # 10 Exhibit B Part 8 - State Court Filings # 11 Exhibit B Part 9 - State Court Filings # 12 Exhibit B Part 10 - State Court Filings # 13 Exhibit B Part 11 - State Court Filings # 14 Exhibit B Part 12 - State Court Filings # 15 Exhibit B Part 13 - State Court Filings # 16 Exhibit B Part 14 - State Court Filings # 17 Exhibit B Part 15 - State Court Filings # 18 Exhibit B Part 16 - State Court Filings # 19 Exhibit C - Docket Report) (Ridulfo, Michael) |
| 06/06/2025 | | ICC-Fee Terminated for Notice of Removal( 25-05047-cag) [cmp,ntcrmvl] ( 350.00), Amount $ 350.00, Receipt B25418069 (re:Doc# 1) (U.S. Treasury) |
| 06/11/2025 | 2 (1 pg) | STATUS Hearing to Consider and Act Upon the Following:(related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC ( Filing Fee: $ 350.00 ) (Nature(s) of Suit:(01 (Determination of removed claim or cause)),(14 (Recovery of money/property - other))). **Status Hearing Set For 7/7/2025 at 01:30 PM at VIA TELEPHONE-Conference Dial-In Number:669-254-5252 ID: 160 8446 6872** (Flores, Roxanne) |
| 06/12/2025 | 3 (1 pg) | **STATUS Hearing RESET** (related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC ( Filing Fee: $ 350.00 ) (Nature(s) of Suit:(01 (Determination of removed claim or cause)),(14 (Recovery of money/property - other))). **Status Hearing Set For 7/14/2025 at 01:30 PM at VIA TELEPHONE-Conference Dial-In Number:669-254-5252 ID: 160 8446 6872** ***RESET PER DIRECTION OF THE COURT*** (Flores, Roxanne) |
| 06/12/2025 | 4 (3 pgs) | Certificate of Service filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) |
| 06/13/2025 | 5 (4 pgs) | BNC Certificate of Mailing (Related Document(s): 2 STATUS Hearing to Consider and Act Upon the Following:(related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. |

| | | Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC ( Filing Fee: $ 350.00 ) (Nature(s) of Suit:(01 (Determination of removed claim or cause)),(14 (Recovery of money/property - other))). **Status Hearing Set For 7/7/2025 at 01:30 PM at VIA TELEPHONE-Conference Dial-In Number:669-254-5252 ID: 160 8446 6872** ) Notice Date 06/13/2025. (Admin.) |
|---|---|---|
| 06/14/2025 | 6<br>(4 pgs) | BNC Certificate of Mailing (Related Document(s): 3 **STATUS Hearing RESET** (related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC ( Filing Fee: $ 350.00 ) (Nature(s) of Suit:(01 (Determination of removed claim or cause)),(14 (Recovery of money/property - other))). **Status Hearing Set For 7/14/2025 at 01:30 PM at VIA TELEPHONE-Conference Dial-In Number:669-254-5252 ID: 160 8446 6872** ***RESET PER DIRECTION OF THE COURT***) Notice Date 06/14/2025. (Admin.) |
| 06/17/2025 | 7<br>(5 pgs) | Notice of Appearance and Request for Service of Notice filed by Allison Sarah Hartry for Defendant Yvette Barrera (Hartry, Allison) |
| 06/24/2025 | 8<br>(3 pgs) | Corporate Ownership Statement filed by Michael P. Ridulfo for Defendant Accelerated Inventory Management LLC (Ridulfo, Michael) |
| 06/24/2025 | 9<br>(3 pgs) | Corporate Ownership Statement filed by Michael P. Ridulfo for Defendant Oliphant Financial, LLC (Ridulfo, Michael) |
| 06/24/2025 | 10<br>(3 pgs) | Corporate Ownership Statement filed by Michael P. Ridulfo for Defendant Oliphant USA, LLC (Ridulfo, Michael) |
| 07/02/2025 | 11<br>(2 pgs) | Notice of Appearance and Request for Service of Notice filed by David Philip Whittlesey for Defendant Walt Collins. (Whittlesey, David) |
| 07/07/2025 | 12<br>(74 pgs) | Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) |

| 07/07/2025 | 13<br>(65 pgs) | Motion for Abstention and Remand filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): 12 Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond) |
|---|---|---|
| 07/07/2025 | 14<br>(7 pgs; 2 docs) | Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) |
| 07/07/2025 | 15<br>(44 pgs; 2 docs) | Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order)) |
| 07/08/2025 | 16<br>(2 pgs) | Order Granting (related document(s): 12 Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) (Order entered on 7/8/2025) (Torres, Krystal) |
| 07/09/2025 | 17<br>(2 pgs) | Order Granting (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe) (Order entered on 7/9/2025) (Luna, Emilio) |
| 07/10/2025 | 18<br>(1 pg) | **Hearing to Consider and Act Upon the Following:** (related document(s): 13 Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall)**AND** 15 Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Lea, Royal) **Hearing Scheduled For 7/31/2025 at 01:30 PM at SA Courtroom 3** (Flores, Roxanne) |
| 07/10/2025 | 19<br>(5 pgs) | BNC Certificate of Mailing (Related Document(s): 16 Order Granting (related document(s): 12 Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) (Order entered on 7/8/2025)) Notice Date 07/10/2025. (Admin.) |
| 07/11/2025 | 20<br>(5 pgs) | BNC Certificate of Mailing (Related Document(s): 17 Order Granting (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe) (Order entered on 7/9/2025)) Notice Date |

| | | |
|---|---|---|
| 07/12/2025 | [21](4 pgs) | 07/11/2025. (Admin.)<br><br>BNC Certificate of Mailing (Related Document(s): [18] **Hearing to Consider and Act Upon the Following:** (related document(s): [13] Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall)**AND** [15] Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Lea, Royal) **Hearing Scheduled For 7/31/2025 at 01:30 PM at SA Courtroom 3** ) Notice Date 07/12/2025. (Admin.) |
| 07/14/2025 | [22](1 pg) | Hearing RESET (related document(s): [13] Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. **AND** [15] Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. **Hearing Scheduled For 8/1/2025 at 01:00 PM at SA Courtroom 3** ***RESET IN OPEN COURT ON 7/14/25*** (Flores, Roxanne) |
| 07/14/2025 | | Hearing Held: STATUS HEARING HELD RESET #13 AND #15 ON 8/1/25 @1:00 IN SA3. (Related Document(s): [1] Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC ))) (Torres, Krystal) (Entered: 07/15/2025) |
| 07/16/2025 | [23](4 pgs) | BNC Certificate of Mailing (Related Document(s): [22] Hearing RESET (related document(s): [13] Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. **AND** [15] Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. **Hearing Scheduled For 8/1/2025 at 01:00 PM at SA Courtroom 3** ***RESET IN OPEN COURT ON 7/14/25***) Notice Date 07/16/2025. (Admin.) |
| 07/24/2025 | [24](6 pgs; 2 docs) | Motion for Admission of Evan T. Miller Pro Hac Vice filed by Evan T. Miller for Trustee George L. Miller, Chapter 7 Trustee (Attachments: # [1] Exhibit A- Proposed Order) (Miller, Evan) |
| 07/24/2025 | [25](11 pgs) | Receiver's Quarterly Report Second Quarter 2025 filed by Royal B. Lea III for Plaintiff John Patrick Lowe (Lea, Royal) |
| 07/25/2025 | [26](8 pgs; 2 docs) | Motion for Admission Pro Hac Vice filed by Evan T. Miller for Trustee George L. Miller, Chapter 7 Trustee (Attachments: # [1] Proposed Order)(Miller, Evan) (Related Document(s): [24] Motion |

| | | |
|---|---|---|
| | | for Admission of Evan T. Miller Pro Hac Vice filed by Evan T. Miller for Trustee George L. Miller, Chapter 7 Trustee (Attachments: # 1 Exhibit A- Proposed Order)) Modified on 7/28/2025 (Paez, Daniel). |
| 07/25/2025 | 27 (52 pgs; 3 docs) | Defendant Walter Collins' Limited Objection and Opposition Filed by David Philip Whittlesey for Defendant Walt Collins (Attachments: # 1 Exhibit 1 - Collins Operating Agreement # 2 Exhibit 2 - Pages from 2025.04.24 Collins Transcript) (Whittlesey, David) (related document(s): 13 Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): 12 Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.), 15 Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order))) Modified on 7/28/2025 (Paez, Daniel). |
| 07/25/2025 | 28 (27 pgs; 3 docs) | Response Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order) (Ridulfo, Michael) (related document(s): 15 Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order))) |
| 07/25/2025 | 29 (299 pgs; 3 docs) | Response of the Removing Parties To State Court Receiver's Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order) (Ridulfo, Michael) (related document(s): 13 Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): 12 Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.)) Modified on 7/28/2025 (Paez, Daniel). |
| 07/25/2025 | 30 (6 pgs) | Joint Witness and Exhibit List of Movants for August 1, 2025 Hearings filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, John Patrick Lowe, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, |

| | | |
|---|---|---|
| | | Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 13 Motion for Abstention and Remand filed by Plaintiff Donna Mitchell, Plaintiff Travis Mitchell, Plaintiff Judy A. Musgrove, Plaintiff Kathleen E. Priebe, Plaintiff Martha Gomez, Plaintiff Paul D. Sheetz, Plaintiff Wanda Sheetz, Plaintiff Alvin Zigmond, Plaintiff Sharon Zigmond, Plaintiff Dan A. Doolittle, Plaintiff Kelly M. Doolittle, Plaintiff Carolyn Newman, Plaintiff Tammara Owrey, 15 Motion to Abstain and Remand filed by Plaintiff John Patrick Lowe. Modified on 7/28/2025 (Paez, Daniel). |
| 07/28/2025 | 31 (2 pgs) | Order Granting (related document(s): 26 Motion for Admission Pro Hac Vice filed by Evan T. Miller for Trustee George L. Miller, Chapter 7 Trustee (Attachments: # 1 Proposed Order)(Miller, Evan) (Related Document(s): 24 Motion for Admission of Evan T. Miller Pro Hac Vice filed by Evan T. Miller for Trustee George L. Miller, Chapter 7 Trustee) Modified on 7/28/2025 .) (Order entered on 7/28/2025) (Torres, Krystal) |
| 07/28/2025 | 32 (4 pgs) | Exhibit Index and Witness List for Hearing on 8/1/25 filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) (related document(s): 13 Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): 12 Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.), 15 Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order))) |
| 07/28/2025 | 33 (3 pgs) | Notice of Appearance and Request for Service of Notice filed by Jason Bradley Binford for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Binford, Jason) |
| 07/29/2025 | 34 (7 pgs) | Amended Joint Witness and Exhibit List for August 1, 2025 Hearings filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, John Patrick Lowe, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 30 Joint Witness and Exhibit List of Movants for August 1, 2025 Hearings filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, John Patrick Lowe, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 13 Motion for Abstention and Remand filed by Plaintiff Donna Mitchell, Plaintiff Travis Mitchell, Plaintiff Judy A. Musgrove, |

| | | |
|---|---|---|
| | | Plaintiff Kathleen E. Priebe, Plaintiff Martha Gomez, Plaintiff Paul D. Sheetz, Plaintiff Wanda Sheetz, Plaintiff Alvin Zigmond, Plaintiff Sharon Zigmond, Plaintiff Dan A. Doolittle, Plaintiff Kelly M. Doolittle, Plaintiff Carolyn Newman, Plaintiff Tammara Owrey, <u>15</u> Motion to Abstain and Remand filed by Plaintiff John Patrick Lowe. |
| 07/30/2025 | <u>35</u><br>(5 pgs) | BNC Certificate of Mailing (Related Document(s): <u>31</u> Order Granting (related document(s): <u>26</u> Motion for Admission Pro Hac Vice filed by Evan T. Miller for Trustee George L. Miller, Chapter 7 Trustee (Attachments: # 1 Proposed Order)(Miller, Evan) (Related Document(s): <u>24</u> Motion for Admission of Evan T. Miller Pro Hac Vice filed by Evan T. Miller for Trustee George L. Miller, Chapter 7 Trustee) Modified on 7/28/2025 .) (Order entered on 7/28/2025)) Notice Date 07/30/2025. (Admin.) |
| 07/31/2025 | <u>36</u><br>(13 pgs) | Plaintiffs' Reply In Support of Motion for Remand and Abstention filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): <u>13</u> Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): <u>12</u> Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.), <u>27</u> Defendant Walter Collins' Limited Objection and Opposition Filed by David Philip Whittlesey for Defendant Walt Collins (Attachments: # 1 Exhibit 1 - Collins Operating Agreement # 2 Exhibit 2 - Pages from 2025.04.24 Collins Transcript) (Whittlesey, David) (related document(s): <u>13</u> Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): <u>12</u> Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.), <u>15</u> Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): <u>14</u> Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order)) Modified on 7/28/2025., <u>29</u> Response of the Removing Parties To State Court Receiver's Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Attachments: # 1 Exhibit A # 2 Proposed Order) (Ridulfo, Michael) (related document(s): <u>13</u> Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. |

| | | |
|---|---|---|
| | | Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): [12](#) Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.)) Modified on 7/28/2025.) |
| 08/01/2025 | [37](#) (1 pg) | Exhibit Index and Witness List for Hearing on August 1, 2025 (Related Document(s): [13](#) Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): [12](#) Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.), [15](#) Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): [14](#) Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order))) (Salinas, Bianca) (Entered: 08/04/2025) |
| 08/04/2025 | | **RULING Upon the Following**: (related document(s): [13](#) Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, et al, **AND** [15](#) Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. **RULING Scheduled For 8/11/2025 at 01:30 PM at VIA TELEPHONE-Conference Dial-In Number:669-254-5252 ID: 160 8446 6872 ***RULING SET IN OPEN COURT ON 8/1/25 - NFN*** (Flores, Roxanne) |
| 08/11/2025 | [38](#) (2 pgs) | Transcript Request by Michael P. Ridulfo. (Ridulfo, Michael). (Related document(s): [13](#) Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle (related document(s): [12](#) Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) (related document(s): [15](#) Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (related document(s): [14](#) Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. |
| 08/11/2025 | | Hearing Held: GRANTED FOR REASONS STATED ON THE RECORD - ORDER TO COME FROM RANDALL PULLMAN, **Order due by 8/25/2025** (related document(s): [13](#) Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, |

| | | |
|---|---|---|
| | | Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): 12 Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.)) (Torres, Krystal) (Entered: 08/15/2025) |
| 08/11/2025 | | Hearing Held: DENIED FOR REASONS STATED ON THE RECORD. (related document(s): 15 Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order))) (Torres, Krystal) (Entered: 08/15/2025) |
| 08/12/2025 | 39 (1 pg) | Transcript Request by Michael P. Ridulfo. Transcript request sent to Transcriber: Access Transcripts, LLC (related document(s): 13 Motion for Abstention and Remand filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, 15 Motion to Abstain and Remand filed by Royal B. Lea III for Plaintiff John Patrick Lowe) (Luna, Emilio) |
| 08/13/2025 | 40 (2 pgs) | Order Denying (related document(s): 15 Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe.)) (Order entered on 8/13/2025) (Torres, Krystal) |
| 08/14/2025 | 41 (34 pgs; 2 docs) | Transcript regarding Hearing Held 8/11/25 THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 11/12/2025. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber. Transcriber Access Transcripts, Telephone number (855) 873-2223. - NAME OF PURCHASER: Michael P. Ridulfo. Notice of Intent to Request Redaction Deadline Due By 08/21/2025. Redaction Request Due By09/4/2025. Redacted Transcript Submission Due By 09/15/2025. Transcript access will be restricted through 11/12/2025. (Watson, Ilene) |
| 08/15/2025 | 42 (3 pgs) | Objection of Removing Parties To Plaintiffs' Proposed Order Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC. (Ridulfo, Michael) (related document(s): 13 Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): 12 Unopposed Motion for Leave to Exceed Page |

| | | |
|---|---|---|
| | | Limits for Motion for Abstention and Remand Filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.)) Modified on 8/18/2025 (Paez, Daniel). |
| 08/15/2025 | 43<br>(9 pgs; 2 docs) | Motion to Reconsider and to Alter or Amend Order Denying State Court Receiver's Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 40 Order Denying (related document(s): 15 Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe.)) (Order entered on 8/13/2025)) |
| 08/15/2025 | 44<br>(5 pgs) | BNC Certificate of Mailing (Related Document(s): 40 Order Denying (related document(s): 15 Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe.)) (Order entered on 8/13/2025)) Notice Date 08/15/2025. (Admin.) |
| 08/17/2025 | 45<br>(4 pgs) | BNC Certificate of Mailing (Related Document(s): 41 Transcript regarding Hearing Held 8/11/25 THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 11/12/2025. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber. Transcriber Access Transcripts, Telephone number (855) 873-2223. - NAME OF PURCHASER: Michael P. Ridulfo. Notice of Intent to Request Redaction Deadline Due By 08/21/2025. Redaction Request Due By09/4/2025. Redacted Transcript Submission Due By 09/15/2025. Transcript access will be restricted through 11/12/2025.) Notice Date 08/17/2025. (Admin.) |
| 08/18/2025 | 46<br>(5 pgs) | Order Granting Motion For Abstention and Remand and Denying Receiver's Motion For Remand as Moot (related document(s): 13 Motion for Abstention and Remand filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): 12 Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond)) (Order entered on 8/18/2025) (Torres, Krystal) |
| 08/20/2025 | 47<br>(2 pgs) | Order Mooting (related document(s): 43 Motion to Reconsider and to Alter or Amend Order Denying State Court Receiver's Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 40 Order Denying (related document(s): 15 |

| | | |
|---|---|---|
| | | Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe.)) (Order entered on 8/13/2025))) (Order entered on 8/20/2025) (Paez, Daniel) |
| 08/20/2025 | 48<br>(8 pgs) | BNC Certificate of Mailing (Related Document(s): 46 Order Granting Motion For Abstention and Remand and Denying Receiver's Motion For Remand as Moot (related document(s): 13 Motion for Abstention and Remand filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): 12 Unopposed Motion for Leave to Exceed Page Limits for Motion for Abstention and Remand filed by Randall A. Pulman for Plaintiffs Dan A. Doolittle, Kelly M. Doolittle, Martha Gomez, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond)) (Order entered on 8/18/2025)) Notice Date 08/20/2025. (Admin.) |
| 08/22/2025 | 49<br>(5 pgs) | BNC Certificate of Mailing (Related Document(s): 47 Order Mooting (related document(s): 43 Motion to Reconsider and to Alter or Amend Order Denying State Court Receiver's Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 40 Order Denying (related document(s): 15 Motion to Abstain and Remand Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) (related document(s): 14 Unopposed Motion for Leave to Exceed Page Limit Filed by Royal B. Lea III for Plaintiff John Patrick Lowe.)) (Order entered on 8/13/2025))) (Order entered on 8/20/2025)) Notice Date 08/22/2025. (Admin.) |
| 11/12/2025 | 50<br>(91 pgs) | Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond. (Pulman, |

Randall)

| | | |
|---|---|---|
| 11/14/2025 | [51](#)<br>(2 pgs) | **Hearing to Consider and Act Upon the Following:** (related document(s): [50](#) Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) **Hearing Scheduled For 12/4/2025 at 01:30 PM at SA Courtroom 3** (Flores, Roxanne) |
| 11/19/2025 | [52](#)<br>(9 pgs) | BNC Certificate of Mailing (Related Document(s): [51](#) **Hearing to Consider and Act Upon the Following:** (related document(s): [50](#) Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) **Hearing Scheduled For 12/4/2025 at 01:30 PM at SA Courtroom 3** ) Notice Date 11/19/2025. (Admin.) |
| 11/25/2025 | [53](#)<br>(3 pgs) | Stipulation Extending Deadline to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint filed by Michael P. Ridulfo |

| | | |
|---|---|---|
| | | for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) (related document(s): [50](#) Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond) |
| 11/26/2025 | [54](#)<br>(8 pgs) | Trustee's Limited Opposition to Plaintiffs' Motion for Leave to File Third Amended Complaint Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Bendana, Alicia) (related document(s): [50](#) Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) |
| 12/02/2025 | [55](#)<br>(9 pgs; 2 docs) | Agreed Motion to Reschedule Hearing on Plaintiffs' Motion to File Third Amended Complaint Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC. (Attachments: # [1](#) Proposed Order) (Ridulfo, Michael) (related document(s): [50](#) Motion for |

| | | |
|---|---|---|
| | | Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) |
| 12/03/2025 | | **Hearing RESET** (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) **Hearing Scheduled For 12/15/2025 at 01:30 PM at SA Courtroom 3** ***RESET PER ORDER GRANTED ON 12/3/25 - MICHAEL RIDULFO IS RESPONSIBLE FOR NOTICE OF HEARING*** (Flores, Roxanne) |
| 12/04/2025 | 56<br>(3 pgs) | Order Granting (related document(s): 55 Agreed Motion to Reschedule Hearing on Plaintiffs' Motion to File Third Amended Complaint Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC. (Attachments: # 1 Proposed Order) (Ridulfo, Michael) (related document(s): 50 Motion for Leave to File Third Amended |

| | | |
|---|---|---|
| | | Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.)) (Order entered on 12/4/2025) (Boyd, Laurie) |
| 12/04/2025 | [57](#) (6 pgs) | Objection Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC. (Ridulfo, Michael) (related document(s): [50](#) Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) |
| 12/06/2025 | [58](#) (8 pgs) | BNC Certificate of Mailing (Related Document(s): [56](#) Order Granting (related document(s): [55](#) Agreed Motion to Reschedule Hearing on Plaintiffs' Motion to File Third Amended Complaint Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC. (Attachments: # 1 Proposed Order) (Ridulfo, Michael) (related document(s): [50](#) Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, |

| | | |
|---|---|---|
| | | Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.)) (Order entered on 12/4/2025)) Notice Date 12/06/2025. (Admin.) |
| 12/10/2025 | 59<br>(148 pgs) | Exhibit Index and Witness List for Hearing on December 15, 2025 filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace |

| | | |
|---|---|---|
| | | Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) |
| 12/11/2025 | 60<br>(95 pgs; 3 docs) | Exhibit Index and Witness List for Hearing on December 15, 2025 filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC. (Attachments: # 1 Exhibit O-1 # 2 Exhibit O-2)(Ridulfo, Michael) (Related Document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) |
| 12/15/2025 | | Hearing Held: *** GRANTED - ORDER TO COME ***. Order Due to be filed by: KERRY ALLEYNE-SIMMONS . (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, |

| | | |
|---|---|---|
| | | Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) **Order due by 12/29/2025** (Paez, Daniel) |
| 12/15/2025 | 61<br>(1 pg) | Exhibit Index and Witness List for Hearing on December 15, 2025 (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) (Sosa, Alma) (Entered: 12/17/2025) |
| 12/18/2025 | 62<br>(3 pgs) | Order Granting (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) (Order entered on 12/18/2025) (Paez, |

| | | |
|---|---|---|
| 12/20/2025 | 63<br>(10 pgs) | BNC Certificate of Mailing (Related Document(s): 62 Order Granting (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) (Order entered on 12/18/2025) (Paez, Daniel) Modified on 12/18/2025 .) Notice Date 12/20/2025. (Admin.) |
| 12/23/2025 | 64<br>(77 pgs) | Third Amended Complaint (Amending to Add Party: Oliphant, Inc. and Oliphant United, Inc.) filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 53 Stipulation Extending Deadline to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, |

Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond))

| 12/23/2025 | [65](#) (152 pgs) | Notice of Filing of Redlined Version of Plaintiffs' Third Amended Complaint filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): [64](#) Third Amended Complaint (Amending to Add Party: Oliphant, Inc.; and Oliphant United, Inc.) filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria |

Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 53 Stipulation Extending Deadline to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond)))

| | | |
|---|---|---|
| 12/29/2025 | 66<br>(2 pgs) | Transcript Request by Alicia Bendana. (Bendana, Alicia) (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. |

Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond., **Hearing RESET** (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) **Hearing Scheduled For 12/15/2025 at 01:30 PM at SA Courtroom 3** ***RESET PER ORDER GRANTED ON 12/3/25 - MICHAEL RIDULFO IS RESPONSIBLE FOR NOTICE OF HEARING***)

| 12/30/2025 | 67 (6 pgs) | Stipulation Extending Deadline to Respond to Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) (related document(s): 64 Third Amended Complaint (Amending to Add Party: Oliphant, Inc. and Oliphant United, Inc.) filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 53 Stipulation Extending Deadline to Respond to Plaintiffs' Motion |

| | | |
|---|---|---|
| | | for Leave to File Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond))) |
| 12/30/2025 | 70 (1 pg) | Transcript Request by Alicia M. Bendana. Transcript request sent to Transcriber: Federal Court Reporters of San Antonio (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) (Paez, Daniel) (Entered: 01/02/2026) |
| 12/31/2025 | 68 (14 pgs) | Summons Issued on Oliphant United, Inc. Answer Due 01/30/2026; Oliphant, Inc. Answer Due 01/30/2026 (Pulman, Randall) |

| 12/31/2025 | | Summons Served on Oliphant United Inc. - served on 12/31/2025; Oliphant, Inc. - served on 12/31/2025 (Pulman, Randall) |
|---|---|---|
| 01/02/2026 | 71 (15 pgs; 2 docs) | Motion Chapter 7 Trustee's Consolidated Motion (1) to Stay Adjudication of Claims Against the Estate and Defer Claims Objection Proceedings and (2) for Permissive Abstention and/or Modification or Clarification of the Automatic Stay to Permit Liquidation of Liability in State Court for Non-Enforcement Purposes Only Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order) (Bendana, Alicia) |
| 01/06/2026 | | Transcribers Acknowledgement of Request for Transcript of Testimony/Proceeding Received on 1/2/2026. The Reporter Expects to Have the Transcript Completed by 1/9/2026, . (Flores, Rosemary) (related document(s): 70 Transcript Request by Alicia M. Bendana. Transcript request sent to Transcriber: Federal Court Reporters of San Antonio (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond.) ) |
| 01/07/2026 | 72 (1 pg) | Hearing to Consider and Act Upon the Following: (related document(s): 71 Motion Chapter 7 Trustee's Consolidated Motion (1) to Stay Adjudication of Claims Against the Estate and Defer Claims Objection Proceedings and (2) for Permissive Abstention and/or Modification or Clarification of the Automatic Stay to Permit Liquidation of Liability in State Court for Non-Enforcement Purposes Only Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. **Hearing Scheduled For 1/21/2026 at 09:30 AM at SA Courtroom 3** (Flores, Roxanne) |
| 01/07/2026 | 73 (46 pgs; 2 docs) | Transcript regarding Hearing Held 12/15/2025 THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 04/7/2026. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber. Transcriber Christine Sitzes, Telephone number 210-340-6464. - NAME OF |

| | | |
|---|---|---|
| | | PURCHASER: Alicia M. Bendana. Notice of Intent to Request Redaction Deadline Due By 07/14/2026 Redaction Request Due By01/28/2026. Redacted Transcript Submission Due By 02/9/2026. Transcript access will be restricted through 04/7/2026. (Flores, Rosemary) |
| 01/08/2026 | 74 <br> (15 pgs; 3 docs) | Motion to Dismiss Document Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Ridulfo, Michael) (related document(s): 64 Third Amended Complaint (Amending to Add Party: Oliphant, Inc. and Oliphant United, Inc.) filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 53 Stipulation Extending Deadline to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, |

Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond)))

| | | |
|---|---|---|
| | [75](#)<br>(21 pgs) | Answer to Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc. (Ridulfo, Michael) (related document(s): [64](#) Third Amended Complaint (Amending to Add Party: Oliphant, Inc. and Oliphant United, Inc.) filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): [53](#) Stipulation Extending Deadline to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) (related document(s): [50](#) Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond))) |
| 01/08/2026 | | |

| | | |
|---|---|---|
| 01/09/2026 | [76](8 pgs) | BNC Certificate of Mailing (Related Document(s):72 Hearing to Consider and Act Upon the Following: (related document(s): 71 Motion Chapter 7 Trustee's Consolidated Motion (1) to Stay Adjudication of Claims Against the Estate and Defer Claims Objection Proceedings and (2) for Permissive Abstention and/or Modification or Clarification of the Automatic Stay to Permit Liquidation of Liability in State Court for Non-Enforcement Purposes Only Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. **Hearing Scheduled For 1/21/2026 at 09:30 AM at SA Courtroom 3** ) Notice Date 01/09/2026. (Admin.) |
| 01/10/2026 | 77(6 pgs) | BNC Certificate of Mailing (Related Document(s): 73 Transcript regarding Hearing Held 12/15/2025 THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 04/7/2026. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber. Transcriber Christine Sitzes, Telephone number 210-340-6464. - NAME OF PURCHASER: Alicia M. Bendana. Notice of Intent to Request Redaction Deadline Due By 01/14/2026. Redaction Request Due By01/28/2026. Redacted Transcript Submission Due By 02/9/2026. Transcript access will be restricted through 04/7/2026.) Notice Date 01/10/2026. (Admin.) |
| 01/12/2026 | 78(5 pgs) | Response Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Ridulfo, Michael) (related document(s): 71 Motion Chapter 7 Trustee's Consolidated Motion (1) to Stay Adjudication of Claims Against the Estate and Defer Claims Objection Proceedings and (2) for Permissive Abstention and/or Modification or Clarification of the Automatic Stay to Permit Liquidation of Liability in State Court for Non-Enforcement Purposes Only Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order)) |
| 01/16/2026 | 79(146 pgs; 5 docs) | Exhibit Index and Witness List for Hearing on 01/21/2026 filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc. (Attachments: # 1 Exhibit O-1 # 2 Exhibit O-2 # 3 Exhibit O-3 # 4 Exhibit O-4) (Ridulfo, Michael) (related document(s): 71 Motion Chapter 7 Trustee's Consolidated Motion (1) to Stay Adjudication of Claims Against the Estate and Defer Claims Objection Proceedings and (2) for Permissive Abstention and/or Modification or Clarification of the Automatic Stay to Permit Liquidation of Liability in State Court for Non-Enforcement Purposes Only Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order)) |
| 01/16/2026 | 80(73 pgs; 4 docs) | Exhibit Index and Witness List for Hearing on January 21, 2026 filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Bendana, Alicia) (related document(s): 71 Motion Chapter 7 Trustee's Consolidated Motion (1) to Stay Adjudication of Claims Against the Estate and Defer Claims Objection Proceedings and (2) for Permissive Abstention and/or Modification or Clarification of the Automatic Stay to Permit Liquidation of Liability in State Court for Non-Enforcement Purposes Only Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order)) |
| 01/16/2026 | [81](#)<br>(11 pgs) | Objection Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) (related document(s): [71](#) Motion Chapter 7 Trustee's Consolidated Motion (1) to Stay Adjudication of Claims Against the Estate and Defer Claims Objection Proceedings and (2) for Permissive Abstention and/or Modification or Clarification of the Automatic Stay to Permit Liquidation of Liability in State Court for Non-Enforcement Purposes Only Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order)) |
| 01/16/2026 | [82](#)<br>(293 pgs) | Exhibit Index and Witness List for Hearing on January 21, 2026 at 9:30am filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): [71](#) Motion Chapter 7 Trustee's Consolidated Motion (1) to Stay Adjudication of Claims Against the Estate and Defer Claims Objection Proceedings and (2) |

| | | for Permissive Abstention and/or Modification or Clarification of the Automatic Stay to Permit Liquidation of Liability in State Court for Non-Enforcement Purposes Only Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order)) |
|---|---|---|
| 01/21/2026 | | Hearing Held: **\*\*\* GRANTED - ORDER TO COME \*\*\***. Order Due to be filed by: KERRY ALLEYNE SIMMONS . (related document(s): 71 Motion Chapter 7 Trustee's Consolidated Motion (1) to Stay Adjudication of Claims Against the Estate and Defer Claims Objection Proceedings and (2) for Permissive Abstention and/or Modification or Clarification of the Automatic Stay to Permit Liquidation of Liability in State Court for Non-Enforcement Purposes Only Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order)) **Order due by 2/4/2026** (Paez, Daniel) |
| 01/29/2026 | 83 (3 pgs) | Order Granting In Part and Denying In Part (related document(s): 71 Motion Chapter 7 Trustee's Consolidated Motion (1) to Stay Adjudication of Claims Against the Estate and Defer Claims Objection Proceedings and (2) for Permissive Abstention and/or Modification or Clarification of the Automatic Stay to Permit Liquidation of Liability in State Court for Non-Enforcement Purposes Only Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order)) (Order entered on 1/29/2026) (Paez, Daniel) |
| 01/31/2026 | 84 (10 pgs) | BNC Certificate of Mailing (Related Document(s): 83 Order Granting In Part and Denying In Part (related document(s): 71 Motion Chapter 7 Trustee's Consolidated Motion (1) to Stay Adjudication of Claims Against the Estate and Defer Claims Objection Proceedings and (2) for Permissive Abstention and/or Modification or Clarification of the Automatic Stay to Permit Liquidation of Liability in State Court for Non-Enforcement Purposes Only Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order)) (Order entered on 1/29/2026)) Notice Date 01/31/2026. (Admin.) |
| 02/16/2026 | 85 (519 pgs) | Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela |

| | | |
|---|---|---|
| | | Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond. (Pulman, Randall) |
| 02/16/2026 | 86 (3 pgs) | Supplemental Certificate of Service filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.) |
| 02/20/2026 | 87 (19 pgs) | Answer to Third Amended Complaint filed by Walt Collins, (Whittlesey, David) |
| 03/04/2026 | 88 (3 pgs) | Stipulation Extending Date for Oliphant Parties' Response to Plaintiff's Motion for Partial Summary Judgment filed by Michael P. |

| | | |
|---|---|---|
| | | Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Ridulfo, Michael) (Related Document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.) |
| 03/04/2026 | 89 (2 pgs) | Stipulation Extending Date for Chapter 7 Trustees Response to Plaintiff's Motion for Partial Summary Judgment filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Bendana, Alicia) (Related Document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.) |

| | | |
|---|---|---|
| 03/11/2026 | 90<br>(12 pgs) | Answer to Third Amended Complaint filed by Ron Satija, Chapter 7 Trustee, (Bendana, Alicia) |
| 03/12/2026 | 91<br>(21 pgs) | Response Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Ridulfo, Michael) (related document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.) |
| 03/12/2026 | 92<br>(65 pgs; 4 docs) | Motion of the Oliphant Entities for Leave to File Amended Answer to Third Amended Complaint to Include Objections to Plaintiff's Proofs of Claim Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order) (Ridulfo, Michael) |
| 03/17/2026 | 93<br>(1 pg) | Hearing to Consider and Act Upon the Following: (related document(s): 92 Motion of the Oliphant Entities for Leave to File Amended Answer to Third Amended Complaint to Include Objections to Plaintiff's Proofs of Claim Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. **Hearing Scheduled For 3/26/2026 at 01:30 PM at SA Courtroom 3** (Flores, Roxanne) |
| 03/17/2026 | 94<br>(3 pgs) | Notice of Hearing filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Ridulfo, Michael) (Related Document(s): 92 Motion of the Oliphant Entities for Leave to File Amended Answer to Third Amended Complaint to Include Objections to Plaintiff's Proofs of Claim Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order)) |

| | | |
|---|---|---|
| 03/19/2026 | **95**<br>(3 pgs) | Joint Stipulation to Extend Plaintiffs' Deadline to File Reply to Oliphant Parties' Response to Plaintiffs' Partial Motion for Summary Judgment filed by Randall A. Pulman for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc., Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond., 91 Response Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Ridulfo, Michael) (related document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, |

| | | |
|---|---|---|
| | | Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.)) |
| 03/19/2026 | 96<br>(37 pgs; 4 docs) | Objection Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Bendana, Alicia) (related document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.) |
| 03/19/2026 | 97<br>(8 pgs) | BNC Certificate of Mailing (Related Document(s): 93 Hearing to Consider and Act Upon the Following: (related document(s): 92 Motion of the Oliphant Entities for Leave to File Amended Answer to Third Amended Complaint to Include Objections to Plaintiff's Proofs of Claim Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. **Hearing Scheduled For 3/26/2026 at 01:30 PM at SA Courtroom 3** ) Notice Date 03/19/2026. (Admin.) |
| 03/23/2026 | 98<br>(3 pgs) | Joint Stipulation Extending Plaintiffs' Reply Deadline to Trustee Response in Opposition to Partial Motion for Summary Judgment filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, |

John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond, Trustee Ron Satija, Chapter 7 Trustee (Pulman, Randall) (related document(s): 96 Objection Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Bendana, Alicia) (related document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.))

| Date | Doc | Description |
|---|---|---|
| 03/26/2026 | 99 (55 pgs; 2 docs) | Receiver's Motion for Leave to File Amended Complaint Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order) (Lea, Royal) Modified on 3/27/2026 (Paez, Daniel). |
| 03/26/2026 | 100 (2 pgs) | Order Granting (related document(s): 99 Motion for Leave to File Amended Complaint Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order)) (Order entered on 3/26/2026) (Paez, Daniel) |
| 03/26/2026 | 101 (3 pgs) | Order Granting (related document(s): 92 Motion of the Oliphant Entities for Leave to File Amended Answer to Third Amended Complaint to |

| | | |
|---|---|---|
| | | Include Objections to Plaintiff's Proofs of Claim Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order)) (Order entered on 3/26/2026) (Paez, Daniel) |
| 03/26/2026 | 102 (48 pgs) | Receiver's Second Amended Complaint filed by Royal B. Lea III for Plaintiff John Patrick Lowe (Lea, Royal) (related document(s): 100 Order Regarding (related document(s): 99 Motion for Leave to File Amended Complaint Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order)) (Order entered on 3/26/2026)) |
| 03/26/2026 | 103 (14 pgs) | Summons Issued on Tesota LLC Answer Due 04/27/2026; Metropolitan Partners Group Administration LLC Answer Due 04/27/2026 (Lea, Royal) |
| 03/26/2026 | | Hearing Held: *** **GRANTED** ***. . (related document(s): 92 Motion of the Oliphant Entities for Leave to File Amended Answer to Third Amended Complaint to Include Objections to Plaintiff's Proofs of Claim Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order)) (Paez, Daniel) (Entered: 03/27/2026) |
| 03/27/2026 | 104 (2 pgs) | Summons(es) Issued on Metropolitan Partners Group Administration LLC issued on 3/27/2026, answer due on 4/27/2026; Tesota LLC issued on 3/27/2026, answer due on 4/27/2026 (Paez, Daniel) |
| 03/27/2026 | 105 (4 pgs) | Agreed Stipulation to Extend Plaintiffs Deadlines to: (1) File Reply to Oliphant Parties Response to Plaintiffs Motion for Partial Summary Judgment, and (2) File Reply to Chapter 7 Trustees Response to Plaintiffs Motion for Partial Summary Judgment filed by Randall A. Pulman for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc., Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond, Trustee Ron Satija, Chapter 7 Trustee (Pulman, Randall) (related document(s): 91 Response Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, |

Inc., Oliphant, Inc.. (Ridulfo, Michael) (related document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.), 96 Objection Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Bendana, Alicia) (related document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.))

| | | |
|---|---|---|
| 03/27/2026 | 106<br>(9 pgs; 2 docs) | Trustee's Ex Parte Consent Motion to Substitute as Proper Party Plaintiff Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order) (Bendana, Alicia) |
| 03/28/2026 | 107<br>(9 pgs) | BNC Certificate of Mailing (Related Document(s): 100 Order Granting (related document(s): 99 Motion for Leave to File Amended Complaint Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: |

| | | # 1 Proposed Order)) (Order entered on 3/26/2026)) Notice Date 03/28/2026. (Admin.) |
|---|---|---|
| 03/28/2026 | 108<br>(10 pgs) | BNC Certificate of Mailing (Related Document(s): 101 Order Granting (related document(s): 92 Motion of the Oliphant Entities for Leave to File Amended Answer to Third Amended Complaint to Include Objections to Plaintiff's Proofs of Claim Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order)) (Order entered on 3/26/2026)) Notice Date 03/28/2026. (Admin.) |
| 03/30/2026 | 109<br>(51 pgs; 3 docs) | Amended Answer to Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (Ridulfo, Michael) (related document(s): 75 Answer to Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc. (Ridulfo, Michael) (related document(s): 64 Third Amended Complaint (Amending to Add Party: Oliphant, Inc. and Oliphant United, Inc.) filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 53 Stipulation Extending Deadline to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, |

| | | |
|---|---|---|
| | | Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Bee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond)))) |
| 03/30/2026 | 110 (2 pgs) | Order Granting (related document(s): 106 Trustee's Ex Parte Consent Motion to Substitute as Proper Party Plaintiff Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order)) (Order entered on 3/30/2026) (Paez, Daniel) |
| 04/01/2026 | 111 (9 pgs) | BNC Certificate of Mailing (Related Document(s): 110 Order Granting (related document(s): 106 Trustee's Ex Parte Consent Motion to Substitute as Proper Party Plaintiff Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order)) (Order entered on 3/30/2026)) Notice Date 04/01/2026. (Admin.) |
| 04/02/2026 | 112 (36 pgs; 4 docs) | Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Bendana, Alicia) |
| 04/02/2026 | 113 (11 pgs; 3 docs) | Motion to Expedite Hearing Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Bendana, Alicia) (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)) |
| 04/02/2026 | 114 (31 pgs; 3 docs) | Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Bendana, Alicia) |
| 04/02/2026 | 115 (8 pgs; 2 docs) | Motion to Expedite Hearing Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order) (Bendana, Alicia) (related document(s): 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order)) |
| 04/03/2026 | 116 (3 pgs) | Summons Served on Metropolitan Partners Group Administration LLC - served on 3/27/2026 (Lea, Royal) |
| 04/06/2026 | | **EXPEDITED Hearing to Consider and Act Upon the Following**: **(IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.)** (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. **Hearing Scheduled For 4/7/2026 at 9:30 AM at SA Courtroom 1.** (Castleberry, Deanna)***SET ON EXPEDITED BASIS - MS. BENDANA SHALL BE RESPONSIBLE FOR NOTICE TO PARTIES***. |

| | | |
|---|---|---|
| 04/06/2026 | | **EXPEDITED Hearing to Consider and Act Upon the Following**: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (related document(s): 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. **Hearing Scheduled For 4/7/2026 at 9:30 AM at SA Courtroom 1.** (Castleberry, Deanna)***SET ON EXPEDITED BASIS - MS. BENDANA SHALL BE RESPONSIBLE FOR NOTICE TO PARTIES***. |
| 04/06/2026 | 117 (3 pgs) | Expedited Notice of Hearing filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Bendana, Alicia) (Related Document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)) |
| 04/06/2026 | 118 (3 pgs) | Expedited Notice of Hearing filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Bendana, Alicia) (Related Document(s): 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order)) |
| 04/06/2026 | | Request for Zoom Appearance Who: Alicia M. Bendana, counsel for Ron Satija, Trustee, Reason: Ms. Bendana works in New Orleans and it would be more cost effective to the estate for her to attend via Zoom., Date and Time of Hearing: April 7, 2026, 9:30 a.m. filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee (Bendana, Alicia) (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order), 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order)) |
| 04/06/2026 | 119 (2 pgs) | Order Granting (related document(s): 113 Motion to Expedite Hearing Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Bendana, Alicia) (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order))) (Order entered on 4/6/2026) (Hardage, Bridget)M |
| 04/06/2026 | 120 (2 pgs) | Order Granting (related document(s): 115 Motion to Expedite Hearing Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order) (Bendana, Alicia) (related document(s): 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order))) (Order entered on 4/6/2026) (Hardage, Bridget) |
| 04/06/2026 | | Request for Zoom Appearance Who: Michael P. Ridulfo, Counsel for Oliphant Entities, Reason: (i) Mr. Ridulfo is counsel for the Oliphant Entities; (ii) Mr. Ridulfo works in Houston; and (iii) Mr. Ridulfo will have no witnesses or evidence to present at the hearing, Date and Time of Hearing: April 7, 2026, 9:30 A.M. filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, |

| | | |
|---|---|---|
| | | Inc. (Ridulfo, Michael) (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)) |
| 04/06/2026 | | Request for Zoom Appearance Who: Brad Hancock, Counsel for Metropolitan Partners Group Administration, LLC, Reason: (i) Mr. Hancock is counsel for Metropolitan Partners Group Administration, LLC; (ii) Mr. Hancock works in Houston; and (iii) Mr. Hancock will have no witnesses or evidence to present at the hearing, Date and Time of Hearing: April 7, 2026, 9:30 A.M. filed by L. Bradley Hancock for Defendant Metropolitan Partners Group Administration LLC (Hancock, L.) (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)) |
| 04/06/2026 | 121 (3 pgs) | Certificate of Service filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee (Bendana, Alicia) (related document(s): 119 Order Regarding (related document(s): 113 Motion to Expedite Hearing Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Bendana, Alicia) (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order))) (Order entered on 4/6/2026)) |
| 04/06/2026 | 122 (3 pgs) | Certificate of Service filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee (Bendana, Alicia) (related document(s): 120 Order Regarding (related document(s): 115 Motion to Expedite Hearing Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order) (Bendana, Alicia) (related document(s): 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order))) (Order entered on 4/6/2026)) |
| 04/06/2026 | 123 (9 pgs) | Response Filed by Christopher A Bailey for Defendant Metropolitan Partners Group Administration LLC. (Bailey, Christopher) (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)) |
| 04/07/2026 | | **Judge's Notice, Permitting Alicia Bendana Appearance at hearing on 04/07/2026 via ZOOM, https://www.zoomgov.com/my/parkercourt1. Prior to the Hearing starting ALL PARTIES DIALING INTO ZOOM SHOULD MAKE SURE TO USE THE NAME IN WHICH WAS APPROVED FOR ZOOM. PARTIES WILL BE HELD IN A WAITING STATUS WHERE YOU WILL REMAIN UNTIL YOUR CASE IS CALLED AT WHICH TIME YOU WILL BE MOVED INTO THE LIVE COURT HEARING.** (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Castleberry, Deanna) |
| 04/07/2026 | | **Judge's Notice, Permitting Mike Ridulfo Appearance at hearing on 04/07/2026 via ZOOM, https://www.zoomgov.com/my/parkercourt1. Prior to the Hearing starting ALL PARTIES DIALING INTO** |

| | | |
|---|---|---|
| | | **ZOOM SHOULD MAKE SURE TO USE THE NAME IN WHICH WAS APPROVED FOR ZOOM. PARTIES WILL BE HELD IN A WAITING STATUS WHERE YOU WILL REMAIN UNTIL YOUR CASE IS CALLED AT WHICH TIME YOU WILL BE MOVED INTO THE LIVE COURT HEARING.** (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Castleberry, Deanna) |
| 04/07/2026 | | **Judge's Notice, Permitting Brad Hancock Appearance at hearing on 04/07/2026 via ZOOM, https://www.zoomgov.com/my/parkercourt1. Prior to the Hearing starting ALL PARTIES DIALING INTO ZOOM SHOULD MAKE SURE TO USE THE NAME IN WHICH WAS APPROVED FOR ZOOM. PARTIES WILL BE HELD IN A WAITING STATUS WHERE YOU WILL REMAIN UNTIL YOUR CASE IS CALLED AT WHICH TIME YOU WILL BE MOVED INTO THE LIVE COURT HEARING.** (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Castleberry, Deanna) |
| 04/07/2026 | 124 (2 pgs) | **STATUS Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.)** (related document(s): 74 Motion to Dismiss Document Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Ridulfo, Michael) (related document(s): 64 Third Amended Complaint (Amending to Add Party: Oliphant, Inc. and Oliphant United, Inc.) filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 53 Stipulation Extending Deadline to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint filed by Michael P. Ridulfo for Defendants |

| | | |
|---|---|---|
| | | Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Riddle, Michael) (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond). **Status Hearing Set For 7/6/2026 at 2:00 PM at SA Courtroom 1.** (Castleberry, Deanna) |
| 04/07/2026 | 125 (1 pg) | **STATUS Hearing** to Consider and Act Upon the Following: (**IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.** ) (related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC. **STATUS Hearing set for 4/7/2026 at 2:00 PM at SA Courtroom 1.** (Castleberry, Deanna) |
| 04/07/2026 | | Request for Zoom Appearance Who: Alicia M. Bendana, counsel for Ron Satija, Trustee, Reason: Per hearing this morning, Ms. Bendana would like to attend the status hearing. Because she is in New Orleans, she requests to attend via Zoom., Date and Time of Hearing: 4/7/26 2:00 p.m. filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee (Bendana, Alicia) (related document(s): 125 **STATUS Hearing** to Consider and Act Upon the Following: (**IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.** ) (related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins |

Holdings LLC. **STATUS Hearing set for 4/7/2026 at 2:00 PM at SA Courtroom 1.)**

| 04/07/2026 | | **Judge's Notice, Permitting Alicia Bendana Appearance at hearing on 04/07/2026 via ZOOM, https://www.zoomgov.com/my/parkercourt1. Prior to the Hearing starting ALL PARTIES DIALING INTO ZOOM SHOULD MAKE SURE TO USE THE NAME IN WHICH WAS APPROVED FOR ZOOM. PARTIES WILL BE HELD IN A WAITING STATUS WHERE YOU WILL REMAIN UNTIL YOUR CASE IS CALLED AT WHICH TIME YOU WILL BE MOVED INTO THE LIVE COURT HEARING.** (related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC ( Filing Fee: $ 350.00 ) (Nature(s) of Suit:(01 (Determination of removed claim or cause)),(14 (Recovery of money/property - other))). (Attachments: # 1 Adversary Coversheet # 2 Exhibit A - Receiver's First Amended Petition # 3 Exhibit B Part 1 - State Court Filings # 4 Exhibit B Part 2 - State Court Filings # 5 Exhibit B Part 3 - State Court Filings # 6 Exhibit B Part 4 - State Court Filings # 7 Exhibit B Part 5 - State Court Filings # 8 Exhibit B Part 6 - State Court Filings # 9 Exhibit B Part 7 - State Court Filings # 10 Exhibit B Part 8 - State Court Filings # 11 Exhibit B Part 9 - State Court Filings # 12 Exhibit B Part 10 - State Court Filings # 13 Exhibit B Part 11 - State Court Filings # 14 Exhibit B Part 12 - State Court Filings # 15 Exhibit B Part 13 - State Court Filings # 16 Exhibit B Part 14 - State Court Filings # 17 Exhibit B Part 15 - State Court Filings # 18 Exhibit B Part 16 - State Court Filings # 19 Exhibit C - Docket Report)) (Castleberry, Deanna) |
| 04/07/2026 | | Request for Zoom Appearance Who: Brad Hancock, Counsel for Metropolitan Partners Group Administration, LLC, Reason: (i) Mr. Hancock is counsel for Metropolitan Partners Group Administration, LLC; (ii) Mr. Hancock works in Houston; and (iii) Mr. Hancock will have no witnesses or evidence to present at the hearing, Date and Time of Hearing: April 7, 2026, 2:00 P.M. filed by L. Bradley Hancock for Defendant Metropolitan Partners Group Administration LLC (Hancock, L.) (related document(s): 125 **STATUS Hearing** to Consider and Act Upon the Following: **(IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.** ) (related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC. **STATUS Hearing set for 4/7/2026 at 2:00 PM at SA Courtroom 1.)** |
| 04/07/2026 | | **Judge's Notice, Permitting Brad Hancock Appearance at hearing on 04/07/2026 via ZOOM, https://www.zoomgov.com/my/** |

| | | |
|---|---|---|
| | | **parkercourt1. Prior to the Hearing starting ALL PARTIES DIALING INTO ZOOM SHOULD MAKE SURE TO USE THE NAME IN WHICH WAS APPROVED FOR ZOOM. PARTIES WILL BE HELD IN A WAITING STATUS WHERE YOU WILL REMAIN UNTIL YOUR CASE IS CALLED AT WHICH TIME YOU WILL BE MOVED INTO THE LIVE COURT HEARING.** (related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC (Castleberry, Deanna) |
| 04/07/2026 | 126<br>(2 pgs) | Notice of Appearance and Request for Service of Notice filed by Gabriel Winsberg for Trustee Ron Satija, Chapter 7 Trustee (Winsberg, Gabriel) |
| 04/07/2026 | | Request for Zoom Appearance Who: Michael P. Ridulfo, Reason: Michael P. Ridulfo, Counsel for the Oliphant Entities, is located in Houston and Requests Permission to appear at the 2:00 P.M. Status Conference by Zoom, Date and Time of Hearing: 4.7.2026 at 2:00 P.M. filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc. (Ridulfo, Michael) (related document(s): 125 **STATUS Hearing** to Consider and Act Upon the Following: **(IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.** ) (related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC. **STATUS Hearing set for 4/7/2026 at 2:00 PM at SA Courtroom 1.**) |
| 04/07/2026 | | **Judge's Notice, Permitting Mike Ridulfo Appearance at hearing on 04/07/2026 via ZOOM, https://www.zoomgov.com/my/parkercourt1. Prior to the Hearing starting ALL PARTIES DIALING INTO ZOOM SHOULD MAKE SURE TO USE THE NAME IN WHICH WAS APPROVED FOR ZOOM. PARTIES WILL BE HELD IN A WAITING STATUS WHERE YOU WILL REMAIN UNTIL YOUR CASE IS CALLED AT WHICH TIME YOU WILL BE MOVED INTO THE LIVE COURT HEARING.** (related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated |

| | | |
|---|---|---|
| | | Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC. (Castleberry, Deanna) |
| 04/07/2026 | | Hearing Held: **Granted - Order to come from Alicia Bendana**. . (related document(s): [112](#) Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)) **Order due by 4/21/2026** (Hardage, Bridget) |
| 04/07/2026 | | Hearing Held: **Granted - Order to come from Alicia Bendana**. . (related document(s): [114](#) Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order)) **Order due by 4/21/2026** (Hardage, Bridget) |
| 04/07/2026 | | **Status Hearing Held**. (related document(s): [1](#) Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC ( Filing Fee: $ 350.00 ) (Nature(s) of Suit:(01 (Determination of removed claim or cause)),(14 (Recovery of money/property - other))). (Attachments: # 1 Adversary Coversheet # 2 Exhibit A - Receiver's First Amended Petition # 3 Exhibit B Part 1 - State Court Filings # 4 Exhibit B Part 2 - State Court Filings # 5 Exhibit B Part 3 - State Court Filings # 6 Exhibit B Part 4 - State Court Filings # 7 Exhibit B Part 5 - State Court Filings # 8 Exhibit B Part 6 - State Court Filings # 9 Exhibit B Part 7 - State Court Filings # 10 Exhibit B Part 8 - State Court Filings # 11 Exhibit B Part 9 - State Court Filings # 12 Exhibit B Part 10 - State Court Filings # 13 Exhibit B Part 11 - State Court Filings # 14 Exhibit B Part 12 - State Court Filings # 15 Exhibit B Part 13 - State Court Filings # 16 Exhibit B Part 14 - State Court Filings # 17 Exhibit B Part 15 - State Court Filings # 18 Exhibit B Part 16 - State Court Filings # 19 Exhibit C - Docket Report)) (Hardage, Bridget) |
| 04/08/2026 | [127](#) (2 pgs) | Transcript Request by Randall A. Pulman. (Pulman, Randall) (related document(s): [112](#) Motion to Expedite Discovery Responses filed by Trustee Ron Satija, Chapter 7 Trustee, [114](#) Motion to Expedite Discovery Responses from Oliphant Entities filed by Trustee Ron Satija, Chapter 7 Trustee) |
| 04/08/2026 | [128](#) (1 pg) | Transcript Request by Royal B. Lea, III (Lea, Royal) (related document(s): [1](#) Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC) |
| 04/08/2026 | [129](#) (9 pgs) | BNC Certificate of Mailing (Related Document(s): [119](#) Order Regarding (related document(s): [113](#) Motion to Expedite Hearing Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A # 2 Proposed Order) (Bendana, Alicia) (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order))) (Order entered on 4/6/2026)) Notice Date 04/08/2026. (Admin.) |
| 04/08/2026 | 130 (9 pgs) | BNC Certificate of Mailing (Related Document(s): 120 Order Regarding (related document(s): 115 Motion to Expedite Hearing Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order) (Bendana, Alicia) (related document(s): 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Proposed Order))) (Order entered on 4/6/2026)) Notice Date 04/08/2026. (Admin.) |
| 04/09/2026 | 131 (2 pgs) | Stipulation Extending Date for Oliphant Parties' Response to Receiver's Second Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant, Inc. (Ridulfo, Michael) (related document(s): 102 Receiver's Second Amended Complaint filed by Royal B. Lea III for Plaintiff John Patrick Lowe (Lea, Royal) (related document(s): 100 Order Regarding (related document(s): 99 Motion for Leave to File Amended Complaint Filed by Royal B. Lea III for Plaintiff John Patrick Lowe. (Attachments: # 1 Proposed Order)) (Order entered on 3/26/2026))) |
| 04/09/2026 | | Accelerated Inventory Management LLC answer deadline updated to 4/16/2026; Oliphant Financial, LLC answer deadline updated to 4/16/2026; Oliphant USA, LLC answer deadline updated to 4/16/2026; Oliphant, Inc. answer deadline updated to 4/16/2026 (Ortega, Maxine) |
| 04/09/2026 | 132 (1 pg) | Transcript Request by Randall A. Pulman. Transcript request sent to Transcriber: Federal Court Reporters of San Antonio (related document(s): 112 Motion to Expedite Discovery Responses filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee, 114 Motion to Expedite Discovery Responses from Oliphant Entities filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee) (Luna, Emilio) |
| 04/09/2026 | | Court Public Entry: Mr. Royal Lea's transcript request for April 4, 2026 was previously requested by another party. (related document(s): 132 Transcript Request by Randall A. Pulman. Transcript request sent to Transcriber: Federal Court Reporters of San Antonio (related document(s): 112 Motion to Expedite Discovery Responses filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee, 114 Motion to Expedite Discovery Responses from Oliphant Entities filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee)) (Luna, Emilio) |
| 04/09/2026 | 133 (9 pgs) | BNC Certificate of Mailing (Related Document(s): 124 **STATUS Hearing** to Consider and Act Upon the Following: (**IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.**) (related document(s): 74 Motion to Dismiss Document Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Ridulfo, Michael) (related document(s): 64 Third Amended Complaint (Amending to Add Party: Oliphant, Inc. and Oliphant United, Inc.) filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay |

| | | |
|---|---|---|
| | | Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 53 Stipulation Extending Deadline to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond). **Status Hearing Set For 7/6/2026 at 2:00 PM at SA Courtroom 1.**) Notice Date 04/09/2026. (Admin.) |
| 04/09/2026 | 134<br>(8 pgs) | BNC Certificate of Mailing (Related Document(s): 125 **STATUS Hearing** to Consider and Act Upon the Following: (**IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.** ) (related document(s): 1 Notice of Removal - Judy A. Musgrove, Kathleen E. Priebe, Martha Gomez, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond, Dan A. Doolittle, Kelly M. Doolittle, Carolyn Newman, Tammara Owrey, Travis Mitchell, Donna Mitchell, John Patrick Lowe against Brooklyn Chandler Willy, Queen B Advisors, LLC, Ferrum Capital, LLC, Ferrum IV, LLC, Mike L. Cox, Joshua L. Allen, Collins |

Asset Group, LLC, Oliphant Financial, LLC, Walt Collins, Ryan Project Funding LLC, Oliphant USA, LLC, Accelerated Inventory Management LLC, Hollins Holdings, Hollins Holdings LLC. **STATUS Hearing set for 4/7/2026 at 2:00 PM at SA Courtroom 1.**) Notice Date 04/09/2026. (Admin.)

| 04/10/2026 | [135](#) <br> (144 pgs) | Reply In Support of Motion for Partial Summary Judgment filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): [91](#) Response Filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc.. (Ridulfo, Michael) (related document(s): [85](#) Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.), [96](#) Objection Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Bendana, Alicia) (related document(s): [85](#) Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed |

by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.))

| | | |
|---|---|---|
| 04/13/2026 | 136<br>(7 pgs) | Original Answer to Objection of Oliphant USA, LLC, Oliphant, Inc. and Oliphant Financial, LLC to Plaintiffs Proofs of Claim [Counterclaim contained in Amended Answer filed at Dkt. 109] filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 109 Amended Answer to Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (Ridulfo, Michael) (related document(s): 75 Answer to Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant United, Inc., Oliphant, Inc. (Ridulfo, Michael) (related document(s): 64 Third Amended Complaint (Amending to Add Party: Oliphant, Inc. and Oliphant United, Inc.) filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, |

Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond (Pulman, Randall) (related document(s): 53 Stipulation Extending Deadline to Respond to Plaintiffs' Motion for Leave to File Third Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC (Ridulfo, Michael) (related document(s): 50 Motion for Leave to File Third Amended Complaint Filed by Randall A. Pulman for Plaintiffs Mary Adams, Jay R Adams, Susan Blades, Albert Blades, Steven Bloyd, Lorie Bass, Michael Bass, Susan Hunter, Terry Hunter, Maria Mayhew, Robert Mayhew, Richard Muzny, Barbara Muzny, Scotta Knight, Mason Coburn, Amanda Coburn, Angela Sparks, Randall Sparks, John Ayers, Justin St. Clair, Jennifer McNabb, Philip McNabb, Mary Newton, Tony Newton, Angela Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Anthony Beauchamp, Lennie J Mills, Debra Rae Keesee, Holly Boyd, Michael Boyd, Jay Adkins, Nancy Burnett, Roland K Stanaland, Gayle Reese, Brent Couch, Robert Cook, John Raver, Pamela Herndon, Cody Herndon, Errol Glenn Archer, Grace Strait, Dwain Strait, Ross Rucker, Dennis Woods, Irma Alonzo, Jane Schnell, Greg Schnell, Donald Lee Woods, Shelley Lee, Steve Nicholson, Angelyn Nicholson, Zoraida Kaczorowski, Norman Kaczorowski, Cody York, Vickie York, Tommy York, Juanita Clary, Sally McBee, Mi Hui Turco, Donald Turco, Diane Durant, Kevin Bennett, Linda Doubrava, Edward Nicolas, Mark and Melissa Aerts, Laurie Del Negro, Arthur Del Negro, Barbara Gibson, Michael Gibson, Dan A. Doolittle, Kelly M. Doolittle, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Carolyn Newman, Tammara Owrey, Kathleen E. Priebe, Paul D. Sheetz, Wanda Sheetz, Alvin Zigmond, Sharon Zigmond)))))

| 04/14/2026 | 137 (2 pgs) | Hearing to Consider and Act Upon the Following: (**IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.**) (related document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly |

| | | |
|---|---|---|
| | | M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.) **Hearing Scheduled For 5/11/2026 at 2:00 PM at SA Courtroom 1.** (Castleberry, Deanna) |
| 04/16/2026 | | Transcribers Acknowledgement of Request for Transcript of Testimony/ Proceeding Received on 4/9/2026. The Reporter Expects to Have the Transcript Completed by 4/16/2026, . (Flores, Rosemary) (related document(s): 127 Transcript Request by Randall A. Pulman. (Pulman, Randall) (related document(s): 112 Motion to Expedite Discovery Responses filed by Trustee Ron Satija, Chapter 7 Trustee, 114 Motion to Expedite Discovery Responses from Oliphant Entities filed by Trustee Ron Satija, Chapter 7 Trustee)) |
| 04/16/2026 | 138 (1 pg) | Transcript regarding Hearing Held 04/07/26 THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 07/15/2026. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber. Transcriber Christine Sitzes, Telephone number 210-340-6464. - NAME OF PURCHASER: Randall A. Pulman. Notice of Intent to Request Redaction Deadline Due By 04/23/2026. Redaction Request Due By05/7/2026. Redacted Transcript Submission Due By 05/18/2026. Transcript access will be restricted through 07/15/2026. (Flores, Rosemary) |
| 04/16/2026 | 139 (15 pgs) | Answer to Receivers 2nd Amended Complaint filed by Michael P. Ridulfo for Defendants Accelerated Inventory Management LLC, Oliphant Financial, LLC, Oliphant USA, LLC, Oliphant, Inc. (Ridulfo, Michael) |
| 04/16/2026 | 140 (9 pgs) | BNC Certificate of Mailing (Related Document(s): 137 Hearing to Consider and Act Upon the Following: (**IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E-MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.**) (related document(s): 85 Motion For Partial Summary Judgment Against Defendant Collins Asset Group, LLC for Violation of Texas Securities Act-Registration Violations Filed by Randall A. Pulman for Plaintiffs Jay R Adams, Mary Adams, Jay Adkins, Mark and Melissa Aerts, Irma Alonzo, Errol Glenn Archer, John Ayers, Lorie Bass, Michael Bass, Angela Beauchamp, Anthony Beauchamp, Debra Beauchamp, Thomas Beauchamp, Traci Beauchamp, Kevin Bennett, Albert Blades, Susan Blades, Steven Bloyd, Holly Boyd, Michael Boyd, Nancy Burnett, Juanita Clary, Amanda Coburn, Mason Coburn, Robert Cook, Brent Couch, Arthur Del Negro, Laurie Del Negro, Dan A. Doolittle, Kelly M. Doolittle, Linda Doubrava, Diane Durant, Barbara Gibson, Michael Gibson, Martha Gomez, Cody Herndon, Pamela Herndon, Susan Hunter, Terry Hunter, Norman Kaczorowski, Zoraida |

| | | |
|---|---|---|
| | | Kaczorowski, Debra Rae Keesee, Scotta Knight, Shelley Lee, Maria Mayhew, Robert Mayhew, Sally McBee, Jennifer McNabb, Philip McNabb, Lennie J Mills, Donna Mitchell, Travis Mitchell, Judy A. Musgrove, Barbara Muzny, Richard Muzny, Carolyn Newman, Mary Newton, Tony Newton, Angelyn Nicholson, Steve Nicholson, Edward Nicolas, Tammara Owrey, Kathleen E. Priebe, John Raver, Gayle Reese, Ross Rucker, Greg Schnell, Jane Schnell, Paul D. Sheetz, Wanda Sheetz, Angela Sparks, Randall Sparks, Justin St. Clair, Roland K Stanaland, Dwain Strait, Grace Strait, Donald Turco, Mi Hui Turco, Dennis Woods, Donald Lee Woods, Cody York, Tommy York, Vickie York, Alvin Zigmond, Sharon Zigmond.) **Hearing Scheduled For 5/11/2026 at 2:00 PM at SA Courtroom 1.**) Notice Date 04/16/2026. (Admin.) |
| 04/17/2026 | 141<br>(7 pgs) | Order Granting (related document(s): 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Order entered on 4/17/2026) (Castleberry, Deanna) |
| 04/19/2026 | 142<br>(7 pgs) | BNC Certificate of Mailing (Related Document(s): 138 Transcript regarding Hearing Held 04/07/26 THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 07/15/2026. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber. Transcriber Christine Sitzes, Telephone number 210-340-6464. - NAME OF PURCHASER: Randall A. Pulman. Notice of Intent to Request Redaction Deadline Due By 04/23/2026. Redaction Request Due By05/7/2026. Redacted Transcript Submission Due By 05/18/2026. Transcript access will be restricted through 07/15/2026.) Notice Date 04/19/2026. (Admin.) |
| 04/19/2026 | 143<br>(14 pgs) | BNC Certificate of Mailing (Related Document(s): 141 Order Granting (related document(s): 114 Motion to Expedite Discovery Responses from Oliphant Entities Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Order entered on 4/17/2026)) Notice Date 04/19/2026. (Admin.) |
| 04/22/2026 | 144<br>(9 pgs; 2 docs) | Ex Parte Motion to Substitute as Proper Party Plaintiff Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order) (Bendana, Alicia) |
| 04/22/2026 | 145<br>(6 pgs) | Order Regarding (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)) (Order entered on 4/22/2026) (Hardage, Bridget) |
| 04/22/2026 | 146<br>(6 pgs) | Request for Notice-Interested Parties (related document(s): 145 Order Regarding (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)) (Order entered on 4/22/2026)) (Hardage, Bridget) |
| 04/23/2026 | 147<br>(2 pgs) | Order Regarding (related document(s): 144 Ex Parte Motion to Substitute as Proper Party Plaintiff Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order)) (Order entered on 4/23/2026) (Ortega, Maxine) |

| 04/24/2026 | 148 (13 pgs) | BNC Certificate of Mailing (Related Document(s): 146 Request for Notice-Interested Parties (related document(s): 145 Order Regarding (related document(s): 112 Motion to Expedite Discovery Responses Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)) (Order entered on 4/22/2026)) ) Notice Date 04/24/2026. (Admin.) |
|---|---|---|
| 04/25/2026 | 149 (9 pgs) | BNC Certificate of Mailing (Related Document(s): 147 Order Regarding (related document(s): 144 Ex Parte Motion to Substitute as Proper Party Plaintiff Filed by Alicia Bendana for Trustee Ron Satija, Chapter 7 Trustee. (Attachments: # 1 Proposed Order)) (Order entered on 4/23/2026)) Notice Date 04/25/2026. (Admin.) |
| 04/27/2026 | 150 (5 pgs; 2 docs) | Unopposed Motion to Extend Time Deadline to Respond to Trustee's Second Amended Complaint filed by L. Bradley Hancock for Defendant Metropolitan Partners Group Administration LLC (Attachments: # 1 Proposed Order)(Hancock, L.) |
| 04/28/2026 | 151 (2 pgs) | **Order Dismissing Document for Lack of Compliance** (related document(s): 150 Unopposed Motion to Extend Time Deadline to Respond to Trustee's Second Amended Complaint filed by L. Bradley Hancock for Defendant Metropolitan Partners Group Administration LLC (Attachments: # 1 Proposed Order)(Hancock, L.)) (Order entered on 4/28/2026) (Ortega, Maxine) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/28/2026 15:18:50 | | | |
| **PACER Login:** | Rblea91661 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 25-05047-mmp Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |