# EXHIBIT 18

**DECLARATION OF ROYAL B. LEA, III**

On April 28, 2026, I Royal B. Lea, III declare under penalty of perjury that the following is true and correct.

1.     I am over twenty-one years of age and I am competent to make this Declaration. I am a lawyer admitted to the Bar of the State of Texas and have been since 1986. I also am admitted to practice in the United States Court of Appeal for the Fifth Circuit and in the District Courts for the Western and Southern Districts of Texas. I have been counsel for John Patrick Lowe in his capacity as Receiver over the affairs of Ferrum Capital LLC since early 2024.

2.     I personally attended and participated through remote video link in the 341 meeting of creditors of Debtor Collins Asset Group LLC ("CAG") in the CAG Chapter 7 bankruptcy case on July 9, 2025. I obtained a transcript of that meeting. I also personally attended and participated through remote video link in the designated representative deposition of Accelerated Inventory Management, Oliphant Financial LLC, and Oliphant USA LLC on July 14, 2025, and the designated representative deposition of CAG in the CAG bankruptcy case on the same day. I obtained transcripts of those depositions. I also personally attended and participated in the deposition of Walt Collins on April 24, 2025, in the Texas state court lawsuit by Judy Musgrove and others against Brooklyn Chandler Willy and others. I obtained a transcript of that deposition. I am familiar with the transcript of the CAG 341 meeting and the transcripts of those depositions.

3.     Excerpts of testimony from that 341 meeting and those depositions are included with the Ferrum Capital Motion to Transfer Venue.   The pages of transcript of

testimony included in those excerpts are genuine copies from the transcripts of those proceedings.

4.      I have read what is stated in this Declaration and it is true and correct.


Executed in Bexar County, Texas, on the 28th day of April, 2026.

ROYAL B. LEA, III