UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METROPOLITAN PARTNERS GROUP
ADMINISTRATION, LLC,

                        Plaintiff,

                -v.-

OLIPHANT USA, LLC; FERRUM
CAPITAL, LLC; and GROWTH
PLATFORMS, LLC,

                        Defendants.

26 Civ. 3467 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On April 28, 2026, the above-captioned case was assigned to this Court. On May 4, 2026, Defendant Ferrum Capital, LLC, filed two motions: (i) a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), (2), and (6) (Dkt. #4-6) and (ii) a motion to transfer venue pursuant to 28 U.S.C. §§ 1412, 1404 (Dkt. #7-9).  Defendant's motion to dismiss is premature.  Before Defendant may file such a motion, the Court's Individual Rules of Practice in Civil Cases require Defendant to submit a pre-motion letter requesting a pre-motion conference.  *See* Individual Rules 2(C), 4(A).  Because Defendant has not done so, the Court STRIKES docket entries 4-6.  Defendant is welcome to submit a pre-motion letter that complies with the Court's Individual Rules and request a pre-motion conference to discuss its contemplated motion to dismiss.  In the interest of efficiency, and given the relatedness of Defendant's two motions, the Court would expect to address

2

both the motion to dismiss and the motion to transfer venue at the pre-motion conference.

The Clerk of Court is directed to strike the documents at docket entries 4-6.

SO ORDERED.

Dated:    May 5, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2